IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH L. HOFFMAN    :  CIVIL ACTION

  v.         :

JOHN E. POTTER, POSTMASTER GENERAL :  NO. 02-3678

O R D E R

  AND NOW, this _____ day of June, 2002, upon consideration of plaintiff's request for appointment of counsel, it is ORDERED that the Clerk of Court is directed to appoint counsel for the plaintiff from the Employment Discrimination Attorney Panel.

            _____
            THOMAS N. O'NEILL, JR., J.