IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH L. HOFFMAN                        :
                                          :
                                          :
          Plaintiff,                      :
                                          :
                                          :      CIVIL ACTION NO. 02-3678
          v.                              :
                                          :
JOHN E. POTTER, POSTMASTER                :
GENERAL                                   :

          Defendant.


ENTRY OF APPEARANCE

          Kindly enter my appearance on behalf of the John E.

Potter, Postmaster General, in the above-captioned matter.


_____
Nuriye C. Uygur
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8324


Dated: June 19, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Kenneth L. Hoffman, Pro Se
        20 Winding Way
        Malvern, PA 19355


_____
Nuriye C. Uygur
Assistant United States Attorney

Dated: June 19, 2002