IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH L. HOFFMAN | : | CIVIL ACTION |
| vs. | : | NO. 02-3678 |
| JOHN E. POTTER, P.G. | : | |

## ORDER

**AND NOW,** this      day of       , 2002, on plaintiff's motion, <u>HAROLD M. GOLDNER</u> , Esq., of the Plaintiff's Employment Attorney Panel, is appointed to represent plaintiff.

Plaintiff should contact the attorney within five days.  The attorney's address and telephone number are:

HAROLD M. GOLDNER, ESQ.

SUITE 1500, 1420 WALNUT STREET

PHILADELPHIA, PA 19102

(215)-735-5502

THOMAS N. O'NEILL, JR., Judge

Note: A description of the Plaintiff's Employment Attorneys Panel program is attached.