```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KENNETH L. HOFFMAN,              :
                                 :
           Plaintiff,            :
      v.                         :    No. 02- CV-3678
                                 :
JOHN E. POTTER,                  :
POSTMASTER GENERAL,              :
UNITED STATES POSTAL SERVICE     :
                                 :
           Defendant.            :

**ORDER**

AND NOW, this _____ day of _____, 2002, upon consideration of the Consent Motion of defendant for a Sixty Day Enlargement of Time to Answer the Amended Complaint of Plaintiff and for good cause shown, it is hereby ORDERED that the motion is GRANTED, and the response of defendant is due February 11, 2002.

                              BY THE COURT:


                              _____
                              Thomas N. O'Neill, Jr.
                              United States District Judge

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH L. HOFFMAN,              :
                                 :
            Plaintiff,           :
       v.                        :     No. 02- CV-3678
                                 :
JOHN E. POTTER,                  :
POSTMASTER GENERAL,              :
UNITED STATES POSTAL SERVICE     :
                                 :
            Defendant.           :
```

CONSENT MOTION OF THE DEFENDANT FOR A SIXTY DAY
ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT

1.   The undersigned counsel of record respectfully requests a sixty day enlargement of time within which to file a response to the amended complaint of plaintiff.  The defendant's response is due on December 27, 2002.

2.   On August 12, 2002, the defendant moved to dismiss the original complaint of plaintiff for, inter alia, failure to comply with Federal Rule of Civil Procedure 8(a).  The Court ordered that counsel be appointed to represent plaintiff, and that an amended complaint be filed.  On December 13, 2002, an amended complaint was filed.  The amended complaint is much more detailed than the original complaint; therefore, the customary sixty day period of time to respond to a complaint under the Federal Rules of Civil Procedure is required here.

3.   This is the first extension of time requested by the defendant in this case and the defendant respectfully submits that there is good cause to grant this motion.

    4.  The attorney for plaintiff consents to this request for a sixty day enlargement of time.

WHEREFORE, for the reasons set forth herein, the defendant respectfully requests that its motion be granted, and that its response to the complaint of plaintiff be enlarged by sixty days as requested herein.

                      Respectfully submitted,

                      PATRICK L. MEEHAN
                      United States Attorney

_____

JAMES G. SHEEHAN
Chief, Civil Division

_____

Nuriye C. Uygur
Assistant United States Attorney
The United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1200
(215) 861-8324

Attorneys for the Defendant

Dated: December 20, 2002

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within MOTION OF THE DEFENDANT FOR AN ENLARGEMENT OF TIME TO RESPOND THE AMENDED COMPLAINT has been served this day, December 20, 2002, by first class mail, postage prepaid, upon the following:

>Harold M. Goldner, Esquire
>1420 Walnut Street
>Suite 1500
>Philadelphia, PA 19102
>215-735-5502

>_____
>NURIYE C. UYGUR
>Assistant United States Attorney