IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH HOFFMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER | : | |
| GENERAL, et al | : | NO. 02-3678 |

O R D E R

AND NOW, this 5th day of August, 2003, it is ORDERED that the Court's Order of August 4, 2003 is AMENDED as follows: Trial date is set for Monday, October 20, 2003 at 10:00A.M. in Courtroom 4-A.  The Order shall remain the same in all other respects.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR.,     J.