Joseph Bonner
September 11, 2003

1   the clerks, did you also go over the new employees,

2   the post office's initial expectations?

3   A.        Instructions and all, yes.

4   Q.        And I guess you completed something called a

5   1750 on each of those employees or you started one?

6   A.        I started one.  I didn't complete them

7   because they're not completed until their

8   probation's over.

9   Q.        Okay.  And incidentally, where with respect

10   to the letter carriers -- strike that.

11          Did you have your own office at the

12   Phoenixville Post Office when you were clerk

13   supervisor?

14   A.        I had an office upstairs.  And I worked a

15   lot out of those carriers supervisors office.

16   Q.        So you had --

17   A.        Basically I had an office upstairs because

18   of finances and all.

19   Q.        My understanding was there were actual

20   offices for the management upstairs, but the

21   supervisors also had areas they predominently

22   occupied downstairs on the floor?

23          And I guess what I'm trying to find out is

24   did you actually have a desk in the clerical area of

Joseph Bonner
September 11, 2003

Page 21

1    the post office?

2    A.        Up in my office.

3    Q.        Up in your office, okay.  Was there one area

4    you generally stayed from 3:00 a.m. to 2:30?

5    A.        Yes.

6    Q.        Where was that?

7    A.        That would be on the floor.

8    Q.        Okay.

9    A.        In other words, you can't just -- you don't

10   sit in your office.  You got to be hands on.

11   Q.        Okay.  And where was the clerical area in

12   comparison with the letter carriers casing area?

13   A.        Piece of paper?

14   Q.        Sure.  Just a second.

15   A.        I think, you know, if you see the diagram,

16   then you'll understand

17   Q.        Oh, if you would diagram it, it would be

18   magnificent.  I'd appreciate that.

19   A.        I guess this is pretty much what you want to

20   know.

21   Q.        Okay.  Before we go any further, let's mark

22   this Bonner-3.

23                           - - -

24                    (Whereupon, Exhibit Bonner-3 was marked

Joseph Bonner
September 11, 2003

Page 22

1          for identification.)

2                              - - -

3    BY MR. GOLDNER:

4    Q.      Okay.  Now, your diagram we've marked

5    Bonner-3.  Could you explain to me what you drew?

6    A.      Okay.  Over here in this corner here are the

7    carriers cases.

8    Q.      I'm going to interput you, not to be rude,

9    so that the record is really clear what you're

10   talking about.

11          You just indicated a sort of a horseshoe

12   type area on the top of the page that says carriers

13   cases and has numbers running in a clockwise

14   fashion.

15   A.      One through 25, right.

16   Q.      Okay.  Very good.  Go ahead, I'm sorry.

17   A.      Here you have a supervisor's desk, that's a

18   carriers desk supervisor.

19   Q.      And you wrote carrier supervisor desk.  So

20   that would have been where Mr. Sands, that would

21   have been sort of his base of operation?

22   A.      For the stuff he needs for the morning like

23   the 3996's.

24   Q.      Okay.  And you have little bins in the

Joseph Bonner
September 11, 2003

1   middle.

2   A.        These are hampers.

3   Q.        Okay.

4   A.        This is where we throw the parcels.

5   Q.        Okay.  Very good.  Go ahead.

6   A.        Over here is a letter case and a letter case

7   for clerks.

8   Q.        Okay.

9   A.        These are the letters in here.  And there's

10  a flat case behind that that you throw the flats in.

11  So when the clerks are working I'm right here.

12  Q.        Okay.  You're indicating supervisor --

13  A.        Clerk supervisor.

14  Q.        Okay.

15  A.        It's not even a desk, it's more like a

16  little table.  I do all my work from here until all

17  the mail is up, and then I leave that area.

18  Q.        Okay.  All right.

19  A.        But normally until 3:30 to 4:30 I can be

20  floating around anywhere doing different paperwork.

21  Q.        Okay.

22  A.        So then like I said from 5:00 to whenever

23  this mail is up, eight, 8:30, I would be right in

24  this general area.

Joseph Bonner
September 11, 2003

Page 24

1    Q.      That's a.m.?

2    A.      Yes.

3    Q.      Now, did you ever get involved in the actual

4    casing of mail?

5    A.      Clerk's mail?

6    Q.      No.  No.  The letter carrier's mail, did you

7    ever get involved in casing with the letter

8    carriers?

9    A.      Here?

10   Q.      Yes, sir.

11   A.      I couldn't do it.

12   Q.      You couldn't do it?

13   A.      No.

14   Q.      Okay.  Why not?

15   A.      Because I'm a supervisor.

16   Q.      Okay.  You weren't allowed to?

17   A.      Right.

18   Q.      Why was it you weren't allowed to?

19   A.      Because it's craft work.

20   Q.      Okay.  Is that a work rule --

21   A.      Yes.

22   Q.      -- in conncet with the --

23   A.      Yes, it's in the contract.

24   Q.      Okay.  That's all I was trying to get at.

Joseph Bonner
September 11, 2003

Page 25

1    Very good.

2            Were the clerks in the same local as the

3    letter carriers?

4    A.      No.

5    Q.      Oh, okay.

6                MS. UYGUR:  It's a different trade.

7            They're not even really related.

8                THE WITNESS:  Right.  It's like

9            electricians and carpenters.

10               MS. UYGUR:  Or plumbers.  They're

11           totally different.  They're in the same

12           building.  But one doesn't have anything to

13           do with the other.  They just occupy the

14           same space.

15               MR. GOLDNER:  Off the record.

16                            - - -

17               (Whereupon, a brief discussion was

18           held off the record.)

19                            - - -

20     BY MR. GOLDNER:

21   Q.      Okay.  All right.  Just to go back to the

22   last thing.  Even though it was two different trades

23   that didn't prevent you as management from starting

24   the 1750's for letter carriers; is that rigth?

Joseph Bonner
September 11, 2003

Page 26

1   A.      Correct.  I mean that's a management

2   function.

3   Q.      Okay.  Fair enough.  Now, did you -- where

4   did you -- actually strike that.

5           Explain to me how you did it, how you

6   started your 1750, what was the procedure?

7   A.      Well, in other words, the 1750's would come

8   in, and then we set up a time for the new employee

9   to come in.

10  Q.      Okay.

11  A.      And then we take them up to a conference

12  room.

13  Q.      Okay.

14  A.      I'd sit down there.  And I think it had six

15  items on it or something like that.  I don't

16  remember now.  Seven items on the 1750.

17          I would go over each one, then I would

18  transcribe a little more information on to a yellow

19  sheet of paper.

20  Q.      Okay.

21  A.      Line paper and explain it again, and then I

22  would have the employee initial that he understood.

23  Then at the end of the converstaion I would ask him

24  if he had any questions or anything.

Joseph Bonner
September 11, 2003

Page 27

1    Q.      This procedure of going over the 1750, and

2    then transcribing it and getting the employee to

3    sign, was that your own procedure or had you been

4    taught that?  Or how did that procedure come about?

5    A.      I just thought to me it was better, I mean

6    as opposed to just doing the 1750.  It was so vague.

7    Q.      Okay.

8    A.      I wanted to do a little more -- get a little

9    more information to the individual.

10   Q.      All right.  How long had you been doing

11   1750's with new employees in '96, for how many

12   years?

13   A.      Eight.

14   Q.      Okay.

15   A.      Roughly I mean.

16   Q.      Fair enough.

17   A.      You don't get that many new employees over a

18   course of time anyway.

19   Q.      Okay.

20             MR. GOLDNER:  Let's mark this

21         Bonner-4.

22                              - - -

23             (Whereupon, Exhibit Bonner-4 was marked

24         for identification.)

Joseph Bonner
September 11, 2003

1  initial 1750's?

2  A.      I'm sure he has.

3  Q.      Okay.  Do you have any particular

4  recollection as to why you might have done letter

5  carrier -- strike that.

6          Okay.  Then I take it if they weren't your

7  employee, meaning they weren't a clerk, you would

8  never see the 1750 again once you started it?

9  A.      Correct.  Because I wouldn't be evaluating

10  them.

11  Q.      Okay.

12              MR. GOLDNER:  Off the record.

13                      - - -            `

14          (Whereupon, a brief discussion was held

15      off the record.)

16                      - - -

17              THE WITNESS:  Excuse me.  There were

18      a a lot more hampers here.

19   BY MR. GOLDNER:

20  Q.      Oh, you didn't need to do a one to one --

21  A.      Right.  I just wanted you to be aware of

22  that.

23  Q.      I appreciate that.  Okay.  Do you know what

24  clock rings are?

Joseph Bonner
September 11, 2003

Page 33

```
 1   A.       Sure.

 2   Q.       Could you explain to me what the clock rings

 3   are?

 4   A.       It's when a carrier starts day or a clerk,

 5   and then when they end the day if it's a clerk, when

 6   they hit out for lunch and when they hit in for

 7   lunch.

 8   Q.       Okay.  Where is the clock located?

 9   A.       Right here.

10   Q.       And we're looking at Bonner-3 right by the

11   clerk supervisor's desk?

12   A.       Yes.  See, wait a minute.  See?

13   Q.       Oh, where it says clock.  You already had

14   clock?

15   A.       Yeah.

16   Q.       Where it says clock?

17   A.       See where the double doors are, you come in,

18   there's a door right here and the clock's right

19   there.

20   Q.       And everyone uses the same clock --

21   A.       Sure.

22   Q.       -- no matter what trade they are; is that

23   right?

24   A.       Right.  They're just different codes.
```

Joseph Bonner
September 11, 2003

1    Q.       All right.  And do you swipe something or do

2    you just --

3    A.       No.  No.  Your badge.

4    Q.       All right.

5    A.       Everybody has a plastic badge.

6    Q.       If an employee makes a mistake in what they

7    key in, is there a way it can be corrected?

8    A.       I would do that the next morning.  I go over

9    the clock rings.  Now, if a carrier, say he hit it

10   wrong and he was aware of it at that time and he

11   went to Kenny or to me and said look I did it wrong,

12   then we would turn around and correct it right then.

13           In most cases we catch, you know, any errors

14   in the morning.

15   Q.       All right.  Did you also correct the clock

16   rings of carriers, letter carriers?

17   A.       What do you mean correct?

18   Q.       If there was a mistake?  Let me come at this

19   another way.  You said you reviewed the clock rings

20   every day?

21   A.       Every day, right.  Well, because I had to do

22   the 3930's on both sides.

23   Q.       What are 3930's?

24   A.       That's the overall report, the productivity

Joseph Bonner
September 11, 2003

Page 35

1    report for the carriers and the clerks and records

2    the volume and records the hours used and so on.

3    Q.      Okay.  Now, so would you correct errors in

4    clock rings when letter carriers made incorrect

5    clock rings?

6    A.      Okay.

7    Q.      Let me ask you.  In the morning when you

8    made corrections to clock rings, did those include

9    letter carriers clock rings or did you only correct

10   clerks clock rings?

11   A.      I did all corrections.

12   Q.      All corrections?

13   A.      Right.

14   Q.      How would you know a letter carrier's clock

15   rings needed to be corrected?

16   A.      Well, in other words, and this is only

17   supposition right now, hypothetical, because let's

18   say you work today, and then you hit on the street,

19   now you're back, you finish your route, you finish

20   inhouse, now you hit end time, you leave.

21            What you failed to do was to hit back in off

22   of the street, so therefore I would turn around and

23   say hey, look he finished at 4:30.  So at 4:25 I'd

24   put down that he came off the street.

Joseph Bonner
September 11, 2003

1          He could have been off at 4:00.  I wouldn't

2    have know that.  See, I can't generate hours for you

3    until you have your four rings.

4    Q.       Okay.  Four rings?

5    A.       Right.

6    Q.       And the four rings are in --

7    A.       Begin time, out to the street, in from the

8    street and end time.

9    Q.       Okay.  Now, would your corrections also

10   include designating which route a carrier was on?

11   A.       Yeah.  For auxillary, yes.

12   Q.       What do you mean for auxillary?

13   A.       In other words, if you came in`today and

14   you're on Route 2 and you're going to do an hour on

15   five Route, then I'd have to move an hour over, but

16   I would get that off the schedule.

17   Q.       Okay.  How would you know in any given

18   morning what corrections needed to be made to the

19   clock rings?

20   A.       Well, I'd have to look at the errors.

21   Q.       And how would you know there were errors?

22   A.       In other words, if you're in error you're

23   going to come up on another report that you're not

24   -- you don't have four basic rings.

Joseph Bonner
September 11, 2003

1    Q.      So would you generate an error report each

2    morning to find out where there were mistakes on

3    clock rings?

4    A.      Sure.  Well, it would come up when I pull

5    all the reports.

6    Q.      What reports did you pull in the morning?

7    A.      All the time reports.  I did my bookkeeping

8    for the finance in the morning.

9    Q.      Is that for the windows, the retail windows?

10   A.      Right.

11   Q.      That was also your responsibility?

12   A.      Right.

13   Q.      Go ahead.  I'm sorry.

14   A.      Between 4:30 and five, 5:30, I might be off

15   the floor.

16   Q.      You would be pulling this information from a

17   computer terminal?

18   A.      Correct.

19   Q.      And did you have a computer terminal in your

20   upstairs office?

21   A.      No.  I would pull it from this one right.

22   Q.      And you're indicating which office would --

23   A.      The supervisor's office.

24   Q.      There was a supervisor's office on the main

Joseph Bonner
September 11, 2003

Page 38

1  floor?

2  A.      Right.  Because that's where all your

3  computers are.

4  Q.      Okay.

5  A.      It's also the computer room for there.

6  Q.      And those are print to a printer located

7  there too?

8  A.      Correct.

9  Q.      How many pages or report would you have to

10  generate every morning?

11  A.      Believe it or not it varied.  If there were

12  no errors, there was only a couple pages.  And if it

13  was -- it would still only be a couple`pages, but

14  there would be a page here for the reports.

15  Q.      Okay.  Now, when you get the error reports,

16  did you always know what the corrections were to be

17  required to be made in the clock rings?

18  A.      No.

19  Q.      How would you find out if you didn't know --

20  A.      In other words, I had to go to the carrier's

21  schedule and I'd have to go to the 3996's to see

22  where the carrier was.

23  Q.      Okay.

24  A.      So in other words, I had to track other

Joseph Bonner
September 11, 2003

Page 39

1    paperwork.

2    Q.      Did you ever ask a carrier what route were

3    you on yesterday you forgot to ring on to your

4    route?

5    A.      Well, I've had carriers not hit on the

6    right, yeah.

7    Q.      Would you just say to a carrier, you know,

8    what route were you on I got to make a clock ring

9    fix?

10   A.      I know I've done that.  But I can't recall

11   any particular incident.

12   Q.      Okay.  Was there any special adjustment

13   needed if two carriers were on one route?

14   A.      I'm sorry?

15   Q.      Did you ever have two carriers on one route?

16   A.      Sure.

17   Q.      Did the system allow two carriers to be on

18   one route?

19   A.      Sure.

20   Q.      It wouldn't be an error report, for example,

21   if two carriers rang in on the same route?

22   A.      No.

23   Q.      Okay.

24   A.      They'd just be charged that much more time

Joseph Bonner
September 11, 2003

Page 40

1    for that route.

2    Q.        They --

3    A.        The machine would charge.  In other words,

4    if you and your guy next to you both hit on the same

5    route, then all the time that day would be charged

6    to that route instead of the route next to you.

7    Q.        All right.  Okay.  When you went over work

8    quantity with these employees and their 1750 --

9    A.        Correct.

10   Q.        -- was there any sort of guideline or key

11   numbers that you told them they needed to hit in

12   terms of work quantity?

13   A.        This looks like a clerk sheet for some

14   reason.

15   Q.        Okay.  And you're indicating Bonner-4, page

16   two.

17   A.        Yeah.  The reason I'm saying that that looks

18   more like a clerk because it's talking about errors.

19   Q.        Okay.

20   A.        See, on a carrier, I would probably -- I

21   don't know if I would have wrote it down but I would

22   have told them that there's a minimum standard of 18

23   and eight.

24   Q.        Tell me about that, what's that 18 and

Joseph Bonner
September 11, 2003

Page 47

1    manual in Teleford.  We didn't have the clock

2    per se, we had cards.

3    Q.      Okay.  Were there any other standards

4    besides casing and delivering the route within eight

5    hours and the 18 and eight standard?  Were there any

6    other standards that were expected for letter

7    carriers to meet within their probationary period?

8    A.      Regular attendance.

9    Q.      Were they supposed to be able to do more

10   than one route, case and deliver more than one

11   route?

12   A.      They were never judged on one route.  They

13   were never -- in other words, it was just your

14   proficiency.

15   Q.      Okay.  Were there some routes that were

16   harder than others?  At Phoenixville in February and

17   March of '96, were there some routes that were more

18   difficult than others?

19   A.      If I had to take a shot, I'd probably say 13

20   and either 22 or 24.  I don't know which one -- Gene

21   was on the heavy route.  They were just heavy

22   volume.

23   Q.      Volume?  Okay.

24   A.      I mean that we started to make other

Kenneth Sands
September 19, 2003

Page 20

1    Q.      What does the program measure?

2    A.      Volume of mail, time casing.

3    Q.      Okay.  Who inputs the data into the computer

4    so that it can make that calculation?

5    A.      The clock rings were automatically

6    downloaded I believe.  And the volume was entered

7    manually by one of the managers.

8    Q.      Is that a raw count of number of pieces of

9    mail or what kind of measurement is that?

10   A.      The measurements that we inputted was

11   footage.  And the computer would break it down.

12   They had a standard of so many pieces per foot or

13   two feet or whatever it was.                    `

14   Q.      Okay.  All right.  And how do you measure

15   the footage?

16   A.      It would be in a tray and we would compress

17   it and look at it, and then it would be on the

18   ledge.

19   Q.      Okay.  Did somebody actually take a ruler to

20   it and measure the footage?

21   A.      There were rulers, I believe on the top of

22   the carrier cases.  And for the flats, they were on

23   the legs of the cases.

24   Q.      Okay.  So you could basically look at a tub

Kenneth Sands
September 19, 2003

Page 21

1    and tell how many feet of mail was contained; is

2    that correct?

3    A.        Approximately, yes.

4    Q.        All right.  I guess what I'm trying to

5    establish is in terms of monitoring through put of

6    casing --

7    A.        I'm sorry.  I don't understand the words

8    through put.

9    Q.        I'm sorry.  I'm using the computer term.

10   But in terms of measuring the volume of mail cased,

11   that could be done without somebody actually sitting

12   there and watching somebody case and counting the

13   number of pieces they case?

14   A.        That's correct.

15   Q.        All right.  Okay.  Now, how many, if you

16   recall, how many routes did the Phoenixville Post

17   Office have in late winter, early spring of '96?

18   A.        I don't remember the exact number.

19   Q.        Were they all about the same the different

20   routes?

21   A.        What do you mean the same?

22   Q.        Well --

23   A.        They all had different streets.  They all

24   have different modes of delivery.

Kenneth Sands
September 19, 2003

Page 22

1    Q.        Okay.  How about in terms of length or the
2    nature of the delivery itself, whether you're going
3    to apartment buildings, office buildings, rural
4    routes and so forth?
5    A.        Rural routes were different that the letter
6    carriers.  That's a separate entity.  And the other
7    routes -- all the routes were different.
8            We had some that were walking.  Some were
9    walking and dismounted.  Some were just all riding
10   routes.  The length of time, whatever the inspection
11   was prior to that, they were all supposed to be
12   adjusted at eight hours.
13   Q.        And eight hours means cased and sorted
14   within eight hours?
15   A.        Sorted, delivered, returned, off the street,
16   go home.
17   Q.        All right.  And in terms of that, was there
18   a time frame in which it was expected that each
19   route would be cased and delivered?
20   A.        Yes.  There was street times and office
21   times.
22   Q.        All right.  Was there, I mean was there a
23   general time frame?  Was there a time by which
24   everybody was anticipated to be off the street and

Kenneth Sands
September 19, 2003

Page 23

1   back?

2   A.      Yes.

3   Q.      What time was that?

4   A.      We had staggered starting times.

5   Q.      Okay.

6   A.      That way we wouldn't have congestion at the

7   time clock.  And it depended on their office time

8   also.  How long their office time, they may have

9   started earlier.  Or if they were a business route,

10  they may have started earlier to get them on the

11  street.

12  Q.      Okay.  So there were different start times

13  and different --

14  A.      End times.

15  Q.      -- end times?  Got you.  Very good.  All

16  right.

17          While you were at Phoenixville Post Office,

18  did you ever case Route 11?

19  A.      No.

20  Q.      Did you ever case at all?

21  A.      I wasn't allowed to.  I was a manager.

22  Q.      That's what I figured.  But I take it that's

23  a no then?

24  A.      That's no.

Kenneth Sands
September 19, 2003

Page 24

1    Q.       You were allowed to train on casing but not
2    actually do the casing?
3    A.       Actually at the time Mr. Hoffman was
4    employed, I believe we had training employees.
5    Q.       Do you remember who they were?
6    A.       No, I do not.
7    Q.       Okay.  All right.  Were there labels
8    available for the cases to assist the carriers in
9    casing their mail?
10   A.       The labels were on the case, yes.
11   Q.       Okay.  Was there anything in particular
12   about labels that would vary from route to route
13   other than, obviously, addresses, streets and so
14   forth?
15   A.       I don't understand the question.
16   Q.       Were some routes labels not as good as other
17   routes labels?
18   A.       It's possible.
19   Q.       And how would that happen?
20   A.       Just wear and tear.  Possibly changing the
21   delivery of the route.  If the carrier's labels were
22   worn, they would request new labels and you would
23   give them to them.
24   Q.       The labels on the cases, did they have the

Kenneth Sands
September 19, 2003

Page 25

1    names of the people living at the --

2    A.        No.

3    Q.        Just addresses and street names?

4    A.        Unless the carrier wrote them on there for

5    apartments sometimes.

6    Q.        Okay.  And how would a brand new letter

7    carrier know that they could request new labels?

8    A.        I'm not sure.

9    Q.        Okay.  Do you know what route Mr. Cassano

10   used to work?

11   A.        I think he was on 11 Route.

12   Q.        And is there anything you remember about

13   Route 11 in particular?

14   A.        It was a walkout route with relays.

15   Q.        What does that mean, walkout with relays?

16   A.        That means you don't have a vehicle and your

17   mail is dropped off in what used to be the green

18   relay boxes.  You would go from point A to point B

19   to point C.

20   Q.        Okay.  All right.  Now, with respect to

21   probationary employees again, there were supposed to

22   be evaluations of these employees during their

23   90-day probationary period; is that right?

24   A.        I believe so, yes.

Kenneth Sands
September 19, 2003

Page 26

1   Q.      And if I understand from things that other

2   people have testified to in this case, that was

3   roughly 30 days, 60 days, and then 80 days?

4   A.      I don't remember the last number.

5   Q.      Okay.

6   A.      But I remember 30, 60, 90.

7   Q.      All right.  And was it your job as the

8   delivery supervisor to do the 30 and 60-day

9   evaluations for probationary carrier?

10  A.      If that employee was given to me to do, yes.

11  Q.      Well, in particular, do you remember doing

12  Kenneth Hoffman's 30 and 60-day evaluation?

13  A.      I do not remember, no.

14  Q.      Okay.  Now, I'm going to show you what we

15  marked at Mr. Shoch's deposition as Shoch-7.  It's a

16  very poor copy.  I apologize.  Take your time.

17  A.      Okay.  What's the question?

18  Q.      Have you seen that form before?

19  A.      Yes.

20  Q.      Is your signature on that form?

21  A.      My initials are.

22  Q.      Well, direct your attention to Box 11.

23  A.      Oh.

24  Q.      Is that your signature too?

Kenneth Sands
September 19, 2003

Page 27

1    A.        Yes.

2    Q.        With respect to Boxes 7B, 8B and 9B, did you

3    complete those?

4    A.        It looks like my handwriting.

5    Q.        Okay.  And my understanding, again, from

6    other deposition testimony is that the letters in

7    Box 7B, 8B and 9B running from A through F

8    correspond from the factors that appear below on

9    this form?

10   A.        Yes.

11   Q.        All right.  And, incidentally, this form

12   does say 1750 at the bottom.  Is this a form 1750?

13   A.        It says it right there, yes.  `

14   Q.        Okay.  Now, in your 19 years with the post

15   office, about how many probationary employees would

16   you say you evaluated at 30 and 60-day intervals on

17   a Form 1750?

18   A.        I don't remember.

19   Q.        More than a hundred?

20   A.        No.

21   Q.        More than 50?

22   A.        Probably not.

23   Q.        More than ten?

24   A.        Possibly.

Kenneth Sands
September 19, 2003

Page 28

1    Q.       Okay.  Was there an approach that you used

2    to evaluating probationary employees when you

3    completed their 30-day evaluation?  And now I just

4    want you limit my inquiry to 30-day evaluation, the

5    first evaluation.

6    A.       I'm sorry.  What?

7    Q.       Was there a general approach that you used

8    in evaluating probationary employees in their first

9    30 days?

10   A.       Well, the approach would be that I would

11   gather the information that was available on what

12   they did.  There is no standard of what each person

13   would do within 30 days, 60 days, 90 days.

14          As far as would depend what was available in

15   the office that you were in.  There may not be any

16   open routes.  They may be put on collections.  And

17   you move them around.  And you look at their times

18   and see what they're doing.  Check attendance.

19   Check reporting times.

20   Q.       Okay.  Did you used to check clock rings?

21   A.       I believe so, yes.

22   Q.       Okay.  Would you check clock rings routinely

23   as part of the 30-day evaluation?

24   A.       To see if they're on schedule, to see how

Kenneth Sands
September 19, 2003

1    long they're taking, yes.

2    Q.      Okay.  And just so we're clear, that would

3    be something you would do as opposed to Mr. Bonner

4    checking clock rings?

5    A.      Mr. Bonner would check clock rings also.

6    Q.      Would he report to you on how your letter

7    carriers were doing?

8    A.      It's a job of every supervisor.  If I was

9    the one that was doing the evaluations to know what

10   their opinions were and to know what information

11   they have for me, yes.

12   Q.      Would you ask, for instance, would you say

13   to Mr. Bonner, I got to do a 30-day evaluation next

14   week, can you check this guy's clock rings for me?

15   A.      If I didn't have time to do it, it's

16   possible I would ask for assistance.

17   Q.      Okay.  All right.  As you sit here today, do

18   you have an independent recollection of who checked

19   the clock rings of Mr. Hoffman before you did the

20   30-day evaluation?

21   A.      No.

22   Q.      Okay.  And just so we're clear what a clock

23   ring is.  The computer is there.  There's a computer

24   located sort of in the middle of the floor there?

Kenneth Sands
September 19, 2003

1    A.       It's at the entrance door to the rear of the

2    post office.

3    Q.       I'm going to show you what we marked at Mr.

4    Bonner's deposition as Bonner-3.  Now, that is

5    certainly not to scale.  I think we said that on the

6    record.

7         My question is does that diagram loosely and

8    certainly not to scale approximate the layout in the

9    Phoenixville Post Office?

10   A.       In a crude way, yes.

11   Q.       Okay.  And can you just put it down so I can

12   see?  Thank you.

13        Now, it's my understanding he drew a little

14   box that says carrier and it says SUPV desk.

15        Was there a desk in the area loosely

16   indicated in Bonner-3 for the delivery supervisor to

17   have a desk?

18   A.       Stand-up desk.

19   Q.       And the clock and computer you're referring

20   to, that was in the lower left hand corner, correct,

21   near the clock?

22   A.       I'm sorry?  The clock computer?

23   Q.       Yeah.  Where was the computer?

24   A.       The computer was in the supervisor's office.

Kenneth Sands
September 19, 2003

Page 62

```
 1    A.       I believe so.  I believe every effort would
 2    have been made to do that.
 3    Q.       Okay.  All right.  And you reviewed the
 4    clock rings before each and every evaluation you did
 5    of Mr. Hoffman; is that right?
 6    A.       I believe I did, yes.
 7    Q.       Okay.  Well, Mr. Sands, I reviewed all the
 8    clock rings and of Mr. Bonsall, Mr. Marcantonio and
 9    Mr. Hoffman during their respective equivalent time
10    period, if I told you that the analysis shows
11    Mr. Hoffman was able to case and deliver his mail on
12    time four or five times which is more than either
13    Mr. Marcantonio or Mr. Bonsall, but Mr. Hoffman was
14    the one who wasn't hired, could you suggest to me
15    why that would be?
16                   MS. UYGUR:  Objection to form.
17                   THE WITNESS:  You're saying he had
18         the same time?
19    BY MR. GOLDNER:
20    Q.       I'm saying he had better time, Mr. Sands.
21                   MS. UYGUR:  Objection.
22                   THE WITNESS:  I don't remember.  I
23         can only go by what you have shown me.
24    BY MR. GOLDNER:
```

Kenneth Sands
September 19, 2003

Page 63

1    Q.       You would have to rely on the clock rings?

2                    MS. UYGUR:  Objection to form.

3     BY MR. GOLDNER:

4    Q.       Is that right?

5    A.       Not necessarily.

6    Q.       As you sit here today --

7    A.       The other thing is on the schedule on this

8    the clock rings don't show whether or not he had any

9    assistance on the street.

10   Q.       But they don't show whether Mr. Bonsall or

11   Mr. Marcantonio had any assistance on the street

12   either, do they?

13   A.       No, they don't.

14                   MS. UYGUR:  Object to the form.

15    BY MR. GOLDNER:

16   Q.       So if they showed with assistance

17   Mr. Marcantonio and Mr. Bonsall were late most of

18   the time and Mr. Hoffman was on time most of the

19   time, what conclusions would you draw from that?

20                   MS. UYGUR:  Objection to form.

21                   THE WITNESS:  The only conclusion is

22           that at the time the decision was made by

23           the evaluations all information available.

24                   Talking to me this many years later,

Kenneth Sands
September 19, 2003

1          I don't remember.  I really don't.

2    BY MR. GOLDNER:

3    Q.      Do you remember who made the decision to

4    terminate Mr. Hoffman; you or Mr. Shoch?

5    A.      Any employee that's going to be terminated,

6    the supervisor would talk to other managers and get

7    their input and also talk to the Postmaster.

8    Q.      Did you make the recommendation to terminate

9    Mr. Hoffman?

10   A.      I do not remember.

11   Q.      When you reviewed Sands-1 your letter of

12   July 18, 1996 before testifying today, did that

13   refresh your recollection as to whether you

14   recommended that Mr. Hoffman be terminated?

15   A.      The termination would rest with me.  It

16   would have been me on all inputs and available

17   information.

18   Q.      So it's fair to say that you made the

19   decision to terminate Mr. Hoffman?

20                  MS. UYGUR:  Objection to form.

21   BY MR. GOLDNER:

22   Q.      Is that what you're saying?

23   A.      Did I sign the 90 day form, then yeah.

24   Q.      I'm sorry?

Jeffrey Schoch
August 20, 2003

Page 10

1   was, what collections were, what training numbers

2   were and what router numbers were.

3   Q.      Okay.  Now, just so we're clear on what

4   we're talking about.  I'm going to take the page

5   marked KH00994 which is the top document and I'm

6   going to mark that Schoch-1.  I'll have the court

7   reporter mark it Schoch-1.

8                         - - -

9               (Whereupon, Exhibit Schoch-1 was marked

10          for identification.)

11                        - - -

12    BY MR. GOLDNER:

13   Q.      And we're going to have this packet of

14   documents collectively be Schoch-1.  But with

15   respect to that first page you just mentioned 727

16   and you mentioned some codes.

17              Could you show me where, and I think we'll

18   have you mark with the blue pen.

19   A.      The first one's not a good one to use

20   because it's more that should have been on this

21   page.  This is just the end result which tells you

22   he had this code on this thing.

23   Q.      Let's just back it up.  We're going to talk

24   codes.

Jeffrey Schoch
August 20, 2003

Page 11

1    A.        All right.  Which is the one here that says

2    operation, OPR, 728.

3    Q.        Okay.  Those are the codes you've reviewed?

4    A.        Yes.

5    Q.        Okay.  Could you circle that on this and put

6    your initials so we're absolutely sure what we're

7    talking about?

8    A.        Uh-huh.  (Witness complies.)

9    Q.        Okay.  Thank you.  So if I understand, you

10   reviewed with somebody what those codes meant?

11   A.        I looked at the sheet and I called down to

12   my supervisor.  I said I'm looking at some numbers

13   here and I want to make sure I got the `right ones.

14   Because I knew 728 and 727.  But I wasn't sure what

15   731 was, what's 733 and 709.

16   Q.        Okay.

17   A.        And if you want, I can put them on a piece

18   of paper for you.

19   Q.        Well, we're way out of order.

20   A.        Okay.

21   Q.        727?

22   A.        727 is street time.  That's how long he was

23   on the street.  It starts when he went on the

24   street.

Jeffrey Schoch
August 20, 2003

Page 12

1    Q.      Okay.

2    A.      728 is office time.  That's work he has done

3    in the office.

4    Q.      Okay.

5    A.      709 is also office work, but we call it

6    router.  Which is you have a carrier who cases his

7    mail and goes on the street.  When they go on the

8    street, there may be people that stay inside, case

9    mail and we call them routers.

10   Q.      Okay.

11   A.      Okay.  731 is a code for collections.  If

12   you go out to empty the little blue boxes.  That's

13   what that is.

14   Q.      Okay.

15   A.      733 is when they go out and deliver parcel

16   post, parcels or they do relays that they put mail

17   boxes for carriers to pick up who are on walking

18   routes.

19   Q.      Those are the green boxes?

20   A.      Green boxes and some times they use blue

21   boxes.

22   Q.      Okay.

23   A.      782 is a code for training.

24   Q.      Okay.  And now since we're on the subject.

Jeffrey Schoch
August 20, 2003

Page 13

1    How are these codes entered?

2    A.        When employees come in, they swipe a badge.

3    They have a badge that they actually swipe on to and

4    they put the code in to where they're going to work.

5    Q.        So the employees know those codes?

6    A.        Right.  They're posted at the time clock.

7    Q.        Oh, okay.  So if somebody comes in to

8    deliver parcel post, they better key in 733?

9    A.        Correct.

10   Q.        All right.

11   A.        Well, first you may see them punch in to 728

12   to come in to the office.  That's official start.

13   Most times you will see a 728.  Then they'll go to

14   their supervisor if they're not a regular carrier.

15   And the supervisor will say okay, go swipe on this.

16   You're going to do parcel post and we'll tell you to

17   swipe on that.

18   Q.        And do you swipe when you come in and when

19   you come out?

20              MS. UYGUR:  Could you just circle for

21         me what you just said?

22              MR. GOLDNER:  Yes.  I'll do that

23         right now.

24              MS. UYGUR:  Thanks.

Jeffrey Schoch
August 20, 2003

Page 14

1              MR. GOLDNER:  Read the question back.

2                        - - -

3         (Whereupon, the court reporter read

4      back the last question.)

5                        - - -

6              THE WITNESS:  Yeah.  When you enter

7          the building, once you're start time, they

8          get in line, the carriers swipe.  That's

9          728.  Because most of them case mail first

10         thing in the morning.

11             But if you're not assigned to a

12         route, you know, and you're not carrying

13         like a regular section of a town, you see

14         the manager and he'll tell you if you're

15         going to go out and do collection or you're

16         going to go out and do parcel post and

17         relays.

18             Every time you move from one function

19         to another function, you're supposed to

20         swipe the badge.

21    BY MR. GOLDNER:

22    Q.    That's what I was trying to get at.  Okay.

23    Great.  All right.  Now, these entries, Schoch-1, if

24    you know, how are these generated?

Jeffrey Schoch
August 20, 2003

Page 15

1    A.        Each day they take all the -- everybody

2    clocks in.  In the morning this is also when they

3    swipe, it generates their pay and it also provides

4    the report that you see and you can get a daily

5    report if you wanted to.  Most times you don't print

6    a report.

7            But you can get a daily report of all their

8    clock rings.  Now what will happen is it you see

9    multiple clock rings that don't match, the computer

10   will automatically pick it out and say there's

11   errors.  You don't actually have to go into the

12   manager on the floor knowing what your people did

13   the day before and make a correction to the clock

14   rings or it won't cross right to get everybody paid

15   right.

16   Q.        Okay.

17   A.        So that's why sometimes you may see a Social

18   Security number in this box out here, that's usually

19   when the supervisor had to go in because they showed

20   up with an error and they had to go and change one

21   of the codes to something else.

22   Q.        And for the record, you were reflecting the

23   lower right hand corner of this box?

24   A.        Let me see if I can find one for you.

Jeffrey Schoch
August 20, 2003

Page 16

1    Document KH00996.

2    Q.      Okay.

3    A.      Out to the right, you'll see some Social

4    Security numbers here.

5    Q.      Yes.

6    A.      This is where the computer showed up as an

7    error.

8    Q.      Just for the record, ████████4 is the

9    Social Security number you're referring to?

10   A.      Yes.  And there's some up top.  I don't know

11   whose they are.  But it says deleted.  But what

12   happens in the morning, they'll give you a list of

13   all the areas for your whole office and you actually

14   have to go in there and make a correction in order

15   to get all the time cards and everything right.

16   Q.      Okay.  And just for purposes of identifying

17   and clarifying it.  It appears to me that these

18   documents that are Schoch-1 are basically print

19   screens of a character based CRT; is that right?

20   A.      I don't know what you mean.

21              MS. UYGUR:  Objection to form.

22    BY MR. GOLDNER:

23   Q.      Somebody just printed a screen?  If you look

24   at the document, and let's stay with KH0996 and if

Jeffrey Schoch
August 20, 2003

Page 17

1    you look at the document in the upper left hand

2    corner it says please type menu to return to the

3    USPS menu and then there's a C prompt, and then a

4    document identified STC255P1.RPT, below that it says

5    online 270104294.

6            Are these basically screen dumps from a

7    computer?

8    A.      Yes.

9    Q.      Okay.

10   A.      Now this is exactly when they swipe the

11   clock is what is read on the dial on the clock, and

12   then the codes that they put in themselves.

13   Q.      Where is the computer from which these were

14   generated?

15   A.      That's right at the supervisor's desk in the

16   delivery side.

17   Q.      And you say supervisor, are we talking the

18   delivery supervisor, the clerical supervisor --

19   A.      They all share on computer for the database.

20   Q.      All right.  Now, before we come back to

21   these records, we sort of spiralled off of my road

22   map.  But basically if I understand it the only

23   thing you've reviewed before today's deposition was

24   the codes for these clock rings; is that right?

Jeffrey Schoch
August 20, 2003

Page 18

1    A.        Yeah.  Well, I talked to Nuriye.

2    Q.        Well, I don't want to know what you said

3    with your lawyer.  But in terms of documents

4    reviewed, it's just the codes we're talking about?

5    A.        Yes.

6    Q.        Okay.  Fair enough.  And that was when that

7    you reviewed those documents?

8    A.        Yesterday.  I found them last week.  And

9    like I said there were three different names.

10   Q.        Okay.  Did you have an opportunity to review

11   your testimony from the prior proceeding in December

12   of 2001?

13   A.        I recalled what I had.                    `

14   Q.        Did you look at the transcript?

15                  MS. UYGUR:  He did the same

16             preparation.  The transcript and --

17                  MR. GOLDNER:  And the Affidavit?

18                  MS. UYGUR:  Yes.

19                  MR. GOLDNER:  Thank you.  So let me

20             mark them up and we'll move right to that.

21                  Let's mark this Schoch-2.

22                           - - -

23             (Whereupon, Exhibit Schoch-2 was marked

24             for identification.)

Jeffrey Schoch
August 20, 2003

Page 19

```
 1                       - - -
 2             MR. GOLDNER:  And we'll mark this
 3        Schoch-3.
 4                              - - -
 5             (Whereupon, Exhibit Schoch-3 was marked
 6        for identification.)
 7                              - - -
 8    BY MR. GOLDNER:
 9    Q.      Okay.  Right now you're reviewed Schoch-2,
10    is that the Affidavit you reviewed before testifying
11    in today's deposition?
12    A.      Yes.
13    Q.      And you reviewed that yesterday?
14    A.      Yes.
15    Q.      Okay.  And I'm going to show you Schoch-3
16    which is an extract of the testimony from the
17    December 18, 2001 hearing.  Did you review your
18    testimony from that hearing as well?  That's a
19    condensed transcript of the same transcript.
20             When you looked at it it was probably each
21    one of those was one page and it was in Pica as
22    opposed to proportional --
23    A.      Something like that, yeah.
24    Q.      Okay.  So what you're saying is you never
```

Jeffrey Schoch
August 20, 2003

Page 24

1    came back off the street to instruct them what they

2    were supposed to do, get off the street or put

3    somebody else out on the street.

4    Q.       Okay.  And if I understand it, in the middle

5    of '96 or at least when Mr. Hoffman was at

6    Phoenixville Post Office, the early or clerk

7    supervisor was Joe Bonner?

8    A.       Yes.

9    Q.       And the delivery supervisor was Ken Sands?

10   A.       Correct.

11   Q.       And Kevin Cepko was the mid shift

12   supervisor?

13   A.       For a little bit.  He was a carrier from

14   Pottstown just training to get experience as a 204B

15   supervisor.

16   Q.       Excellent.  Okay.  Do you know who Phil

17   Marcantonio is?

18   A.       Yes.

19   Q.       Who is he?

20   A.       He's a letter carrier at the Phoenixville

21   Post Office.

22   Q.       Is he still there?

23   A.       Yes, he is.

24   Q.       And how about Brain Bonsall?

Jeffrey Schoch
August 20, 2003

Page 25

1    A.        Brian Bonsall worked for me.   And he left.

2    I don't know what it was for or whatever.   I'm not

3    sure if he left on his own or if something happened.

4    I don't know.

5    Q.        You didn't play any part in his departure

6    from the post office I take it based on your

7    response?

8    A.        Not that I'm a aware of.

9    Q.        Do you know when he separated from the post

10   office?

11   A.        No, I don't.

12   Q.        Okay.  Murray Perlstein, do you know who

13   that is?

14   A.        Yes, I do.

15   Q.        Who is he?

16   A.        Murray is a carrier.  He's on Route 13 right

17   now.  Well, I'm not sure back then.  But he was a

18   union steward at the time.

19   Q.        All right.  Jim Cassano?

20   A.        Jim Cassano back then was a carrier on Route

21   11.  Now Jim Cassano is a carrier on Route 17.

22   Q.        Okay.  John Miller?

23   A.        John Miller he used to be -- well, I'm not

24   sure back then this issue was.  John was a carrier

Jeffrey Schoch
August 20, 2003

Page 43

1    Q.        Okay.

2    A.        And that's where you were supposed to use

3    your local trainer.  They got away with and now they

4    got rid of it again.

5    Q.        All right.  Mr. Hoffman was hired as a

6    letter carrier?

7    A.        Yes.

8    Q.        So it was anticipated that he would be

9    casing how many, at the end of his 90 days, how many

10   routes was he expected to be able to case?

11   A.        When I interview the letter carriers, I tell

12   them our goals are that you should be able to case

13   and carry two full routes, but you should be able to

14   carry a third route in the time that's designated

15   for street time.

16   Q.        You should be able to case and carry per

17   day?

18   A.        No.  No.  No.  No.  In your whole 90 days

19   you should be able to go over and work on like one

20   route today, do it in eight hours.

21             And then you should be able to do a second

22   route if you have to work a different day.  And you

23   should be able to show that you've come that far

24   that you got better to do that.  Okay.  And then as

Jeffrey Schoch
August 20, 2003

1   far as just casing, having somebody getting the mail

2   ready and you carrying the street time to make that

3   street time.

4   Q.      Okay.  But not all on the same day?

5   A.      No.  No.  No.  No.

6   Q.      All right.  And is there a protocol that

7   indicates what training should be done in what order

8   for each letter carrier?

9   A.      Well, before we get the carriers at our

10  office when they're hired they go to two types of

11  training.

12          They go one to learn about the post office.

13  And they choose their health benefits and stuff like

14  that.  The next week they go to what they call a

15  carrier academy where they have actual carriers that

16  have been selected to teach everyone how to case

17  mail, about accountables and stuff.

18          So before we get them they go through a

19  training academy.  Now, at the time we had

20  additional trainers in the office.  This was

21  something new.  So when they came in instead of just

22  going over to another carrier like they do now, they

23  went to the carrier who the union pointed as being

24  an experienced person to train people.

Jeffrey Schoch
August 20, 2003

Page 58

1    A.        Jim Cassano.

2    Q.        Let me just mention the reporter can only

3    take down one person speaking at a time.  I will try

4    not to step on your answer.  Okay?

5              Jim Cassano was the letter carrier assigned

6    to Route 11?

7    A.        Yes.  He bid that route.

8    Q.        Jim Cassano was doing the casing for that

9    route?

10   A.        He was casing and carrying.  But I think at

11   the time Jim was injured with a back injury.

12   Q.        Okay.  So when he was out with a back

13   injury, was he completely out?

14   A.        No.  We had what we call a rehab where he

15   can work under certain restrictions.  He just

16   couldn't carry more than, I don't know if it was

17   five pounds or something.  So what he did was he

18   cased the mail in the morning and he would answer

19   phones the rest of the day.

20   Q.        And after he cased the mail, who would

21   deliver it?

22   A.        Mr. Hoffman delivered it during that time.

23   And we had other carriers that carried it too.

24   Q.        Do you know whether Mr. Hoffman had an

Jeffrey Schoch
August 20, 2003

Page 114

1    street.  But normally that would have been back, put

2    all the stuff away and punched off to end his tour.

3    Q.      So you're talking about the difference

4    between 15:50 and 15:86?

5    A.      Yes.

6    Q.      About 15 minutes?

7    A.      Yes.

8    Q.      And just so we're clear on something, help

9    me with this.  As long as the letter carrier is in

10   at 3:30 p.m., does it matter how much of that time

11   was casing and how much of that time was actually on

12   the street?

13   A.      Well, when it comes to an overtime period,

14   if you take every carrier has 15 minutes extra that

15   25 X 15 which is going to put you way over your

16   budget.

17   Q.      No.  I'm sorry.  I'm not talking about the

18   3:50 versus the --

19   A.      All we expect is the carriers come in at

20   seven and they can get their route cased and carried

21   by 3:30 and they're going home.  That's usually --

22   we accept that.

23   Q.      All right.  That's what I'm getting to.  So

24   some carriers, would you agree are going to be

Jeffrey Schoch
August 20, 2003

Page 115

1    faster at casing and slower on the street and some

2    carriers are going to be faster on the street and

3    slower at casing?

4    A.      Yes.  I explain them to them when I

5    interview them.  I tell them in the first couple

6    days you're going to see people leaving an hour

7    before you.  But that's when you have to learn to

8    pick it up.

9    Q.      Okay.  And in terms of the satisfactory

10   rating, all that is is if they're done and off their

11   tour by 3:30?

12   A.      It's based on their time and customer

13   complaints too.  I mean you're going to take all

14   that in.  I mean if you have people mis delivering

15   mail all over the place, it's a problem.

16   Q.      Of course.  And most people don't want to

17   get their mail after 4:00, right?

18   A.      Yes.

19   Q.      April 3rd, again, with KH01018.  It appears,

20   would you agree with me, that he never got to

21   complete delivery on Route 11, he was put on

22   parcels?

23   A.      Correct.

24   Q.      And April 3rd was also his 60-day

Jeffrey Schoch
August 20, 2003

1    evaluation, correct?

2    A.        Correct.

3    Q.        Would you agree with me that by his 60-day

4    evaluation he had had less than four days to himself

5    to case Route 11 and delivery it himself?

6    A.        Well, as we we're going through these

7    sheets, I saw more days that showed him casing.

8    Q.        He did?  Can you find them for me?

9                    MR. GOLDNER:  Off the record.

10                          - - -

11                    (Whereupon, a brief discussion was

12           held off the record.)

13                          - - -          `

14                    MR. GOLDNER:  And let me go back on

15           the record for a minute.

16     BY MR. GOLDNER:

17    Q.        Just so we're clear what I'm talking about.

18    As of his 60-day evaluation, Mr. Hoffman had had

19    less than five days of casing first class mail on

20    Route 11 and delivering himself; is that correct?

21    A.        As of April 3rd?

22    Q.        As of April 3rd?

23    A.        I think it will be more than that.

24    Q.        Okay.  We'll go off the record.  And can you

Jeffrey Schoch
August 20, 2003

Page 125

```
 1   Q.        Okay.  All right.  I understand.
 2                    MR. GOLDNER:  I'm going to have this
 3             marked for identification.  I'm not sure how
 4             far I'll go with this.  Schoch-9.
 5                            - - -
 6                    (Whereupon, Exhibit Schoch-9 was
 7             marked for identification.)
 8                            - - -
 9    BY MR. GOLDNER:
10   Q.        Can you tell me what Schoch-9 is?
11   A.        I believe this is a sheet that the
12   supervisor put together on his training.
13   Q.        The supervisor being who?
14   A.        I would assume Ken Sands.
15   Q.        Is this a record that's kept in the ordinary
16   course and scope of work?  Or is this --
17   A.        I think this was something that was asked to
18   be put together and that's how it was generated.
19   This is not a normal sheet that we actually do.
20   Q.        Okay.  All right.  And it was Mr. Sands who
21   generated this document?
22   A.        I believe so.
23   Q.        Do you remember seeing anything similar for
24   Phil Marcantonio or Brian Bonsall?
```

Jeffrey Schoch
August 20, 2003

Page 126

```
 1   A.        Not that I'm aware.

 2   Q.        Okay.  Thank you.  I'm going to show you

 3   what we'll mark Schoch-10.

 4                          - - -

 5              (Whereupon, Exhibit Schoch-10 was

 6         marked for identification.)

 7                          - - -

 8    BY MR. GOLDNER:

 9   Q.     I'll ask you, first of all, have you ever

10   seen that document?

11              MS. UYGUR:  These two documents are

12         always attached together.  So whenever

13         they've looked at their Affidavits, they've

14         also looked at these.  You've made them

15         separate exhibits.

16              MR. GOLDNER:  Off the record.

17                          - - -

18              (Whereupon, a brief discussion was

19         held off the record.)

20                          - - -

21              MR. GOLDNER:  Back on the record.

22    BY MR. GOLDNER:

23   Q.     Mr. Schoch, I'm going to show you, again,

24   Schoch-2 which is your Affidavit.  And basically are
```

## Information for Precomplaint Counseling

| | | |
|---|---|---|
| Certified No. | | or Hand Delivered On |
| By (Initials) | | Informal No. |

**Important: Please Read Carefully.** This is the only notification that you will receive regarding the necessity for you to complete this form. This should be completed and returned to the EEO Office *within 10 calendar days.*

On __April 30_____, 19 __96__, you requested an appointment with an EEO Counselor.

### A. Requester Information

| | | |
|---|---|---|
| Name (Last, First, MI) <br> HOFFMAN, KENNETH L. | Social Security No. <br> 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 | Home Telephone No. <br> (610) 296-39_ |

Mailing Address <br> 20 WINDING WAY, MALVERN PA 19355

| Postal Facility Where You Work <br> Phoenixville, PA | Position Title <br> Carrier | Grade Level <br> 05/A | Office Telephone No. <br> (610) 933-22_ |
|---|---|---|---|
| Pay Location <br> Hourly | Tour | Off Days (If Tour I, Show Nights Off) | Duty Hours <br> Part-Time Flex |

Employment Status (Check One)

☐ Applicant    ☐ Casual    ☐ TE    ☒ Career

| Time in Current Position |
|---|
| ____ Years   2⅔ Months |

### B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or Retaliation** (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging (Be Specific; Describe, i.e., Race-Black, Sex-Female)?

Discrimination based on mental disability (I have a nervous disord[er]
Discrimination based on my age (45yrs).

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you fe[el] caused you to be retaliated against.

1. On _____, 19 ____, I engaged in EEO activity.    Case No.: _____

2. On _____, 19 ____, I engaged in EEO activity.    Case No.: _____

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On __Feb. 16 - April 22__, 19 __96__, the following occurred:

I did not have a fair opportunity to perform the requirements of the position to the best of my ability due to the hostile environment harassment and abuse directed at me because of my disability. The most difficult aspect of the job for ANY postal carrier is to become profficient at casing the mail. The mail casing of route #11 is known as the most complex and difficult to accomplish of all the routes at the Phoenixville, PA Post Office. During the minimal occasions that I was instructed

EEO COMPLAINTS PROCESSING
LANCASTER DISTRICT

 **UNITED STATES POSTAL SERVICE**

### <u>Continuation Sheet For Description of Incident</u>
#### (If Necessary)

by my supervisor to report for casing duty (route # 11)
verbal comments of a discriminatory nature were
repeatedly made by co-workers in the supervisor's
presence. These comments made it extremely difficult,
if not impossible, for me to concentrate on the detailed task
of casing the mail. The comments were made on every occasion
that I was attempting to perform my job. The comments
were specifically aimed at me based on my disability. Some
of these verbal attacks are as follows: "Koo-Koo, Koo-Koo
Can't take the stress."
Examples:
(Hostile environment)
Feb. 16, 1996 — 1st day on the job at Phoenixville Location.
            Job expectations were explained in a
            rude and obnoxious manner as though
            I were entering a prison, "Don't talk
            to anyone." "You better not do this
            ...." "You better not do ....."
            Joe Bonner and Jeffery Schoch speaking.

Feb. 24, 1996 — Fellow Carrier John Miller said to me in
            a hushed tone "I heard they're watching
            you for talking. Be Careful!!"

April 2, 1996 — Three days prior to my 60 day evaluation
            I was finally given the opportunity to
            complete the entire route (# 11) beginning
            with casing in the early morning and carrying
            later in the day. I asked my supervisor
            Ken Sands for help as I fell behind
            slightly on the casing and was told
            "You're not going to make it as a carrier."

EEO COMPLAINTS PROCESSING
LANCASTER DISTRICT

 **UNITED STATES
POSTAL SERVICE**

## Continuation Sheet For Description of Incident
### (If Necessary)

April 3, 1996 - At my 60 day evaluation one of the 1st statements made to me my Ken Sands was "I've left you alone because of your nervous condition". I was verbally reprimanded for improper replacement of a computerized rod used in evening collections. However, I was never instructed on the proper replacement technique and no supervisor or Postmaster was on duty on the evening (3/1/96) that the supposed offense took place. Only female clerk Amara Thornton and myself were still on duty at the time (after 6:30pm.

April 4, 1996 - Some mis-communication between supervisors K. Sands and K. Cepko created confusion. Although my name was written on the schedule for evening collection and I was told verbally by Sands to do the evening collection, K. Cepko gave me the collection rod and 15 minutes later asked for it back and sent me home, instructing Brian Bansall to do the evening collection instead.

April 17, 1996 - Another incidence of confusion created by differences of oppinion between supervisc I was told by John Woods that I would do relay, partials and casing during the day. Then told by K. Sands not to do those tasks but to go home at noon and return at 4:30pm.

Explain why you believe, based on the factor(s) you cited in Section C, that you were treated differently than other employees in similar situations.

1. Brian Bonsall and Phil Marcantonio, white males under age 30
   *(Name of Employee)* _____ *(Factor(s) describing employee, i.e., Race-Black, Sex-Female)*
   ~~was~~ were treated differently than I when: they were sent for additional training in DPS at Southeastern division location and I was not.

2. _____
   *(Name of Employee)* _____ *(Factor(s) describing employee, i.e., Race-Black, Sex-Female)*
   was treated differently than I when: _____

3. _____
   *(Name of Employee)* _____ *(Factor(s) describing employee, i.e., Race-Black, Sex-Female)*
   was treated differently than I when: _____

## D. Officials Responsible for Action

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name | b. Title |
|---|---|
| Ken Sands | Supervisor |
| c. Office | d. Grade Level |
| Phoenixville, PA | |
| 2a. Name | b. Title |
| | |
| c. Office | d. Grade Level |
| | |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity *(Explain)?*  ☐ Yes  ☐ No

_____

_____

## E. Resolution Sought

What are you seeking as a resolution to your complaint?

Back pay and benefits since termination and reinstatement to a comparable position.

## F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you:

| | | | |
|---|---|---|---|
| 1. Filed a grievance on the issue? | ☒ No | ☐ Yes | If yes, _____ *(Date)* _____ *(Step)* |
| 2. Filed an MSPB appeal on this issue? | ☒ No | ☐ Yes | If yes, _____ *(Date Filed)* |
| 3. Veteran's Preference? | ☐ No | ☒ Yes | If yes, number of points  10 |

PS Form 2564-A, December 1995 *(Page 2 of 3)*

I feel I was also discriminated against based on my age of 45 years. I did not receive 3 <u>consecutive</u> days of complete route training. Two other employees, men of approximately 23 - 29 yrs of age, hired after me, were given 3 consecutive days of training. I was given the responsibility of training a younger man (≈ 25 yrs old) Brian Bonsall, for 3 consecutive days on the evening collection route and then he was given that duty. Training another employee shows that I had attained a satisfactory performance level. The younger employees received additional training in DPS at the Southeastern division location and I did not.

Case No.
46-175-1060-96

Re:  Kenneth L. Hoffman
Date:  1-22-97

_____
Carrier

Dear Carriers:

I am conducting a discovery request for the EEO Investigation
on failure to meet the qualifications and term of my employment
at the Phoenixville Post Office.

Will you please provide your input converning my treatment
while on probation.

(1)   Have you ever heard any of the following words/statements
      on the work room floor?
      (A)   "Cuckoo, cuckoo"    YES
      (B)   "I can't take the stress."  YES
      (YES) OR NO
      If so, was Management present?  YES
      (YES) OR NO
(2)   Have you ever seen any male carriers wearing a wig and acting
      as a female?   (Goofing around).
      (Yes)  or  No
      If so, was Management present?
      (YES) OR NO
(3)   Are you familiar with Route 11's case?  If so, in your
      opinion is it legible enough for someone who has never cased
      mail before, to learn on?  If not, explain.

      Murray Perlstin

**KH00443**

1-29-9

4. Was Supervisor Joseph Bonner ever rude or obnoxious to you while on duty?

(YES) OR NO

5. Would it be safe (for a new P.T.F.'s first day on probationary) to carry marriage mail in a blinding snowstorm?

(YES) OR NO

Would his time be more well-spent if he would have been practicing caseing.

YES OR NO

6. Would it be safe (for a new P.T.F.'s first day on probationary) to sit in a truck and ride with another carrier observing what he was to do in a blinding snowstorm.

(YES) OR NO

Would his time be better-spent if he would have been practing caseing?

YES OR NO

Your testimony is important to this investigation and your response is appreciated upon receipt of this letter. Please respond within 15 days.

Your cooperation is appreciated.

Kennet L. Hoffman
20 Winding Way
Malvern, PA  19355

| Your Signature | Date |
|---|---|
| MURRAY PERLSTEIN | 1-29-87 |

KH00444

Case No.  46-175-1060-96
Re: Kenneth L. Hoffman
Date: 1-28-97


FM: WILLIAM GARNER
TO: EEOC


    This statement is being submitted in place of the
questionnaire that Mr. Hoffman asked me to complete.  I
will try to be as objective as I can in order to be fair
to everyone involved.
    I am a full-time letter carrier employed at the
Phoenixville, PA post office.  I am the alternate shop
steward (NALC) as well as one of two official On-The-Job
Instructors (OJIs) for the carrier craft.  I was directly
involved with Mr. Hoffman's training when he first started
working at the post office.
    I think it is vital to keep in mind that the 90-day
probation period is a very stressful time for anyone.  The
Postal Service can be one of the most confrontational and
adverserial places to work in the country (I cite previous
GAO reports as well as personal experience).  Add to that
the fact that a new hire can be fired "for any reason" and
you can see how stressful probation can become.  The
smallest things can have a great impact or become a major
distraction for someone trying to learn a new job.
    For a person with an emotional disability, an atmos-
phere like the one described above would be an extremely
difficult one to perform in.  I find it almost impossible
to believe that management was unaware of Mr. Hoffman's
disability.  Certainly this information would have to be
in his personal file.  Moreover, because of the nature of
his disability, it should have received a high degree of
attention by management at all levels.  It would be highly
irresponsible for this not to have been communicated to
the managers in our office.  Or, if it was in Mr. Hoffman's
file, not to have been read by them.
    I have had the opportunity to read over the statements
submitted by Mr. Jeff Schoch, Mr. Ken Sands, and Mr. Joe
Bonner.  It appears that the main reason cited for Mr.
Hoffman's dismissal was his inability to case mail properly.
I strongly agree that the casing of mail IS a major part
of a letter carrier's job, and if someone were unable to
meet this requirement they would not be suitable for this
craft.
    Management has implied that they gave Mr. Hoffman
"every opportunity" to learn how to case mail.  They dis-
cussed this "deficiency" with him during both his 30-day

KH00451

and 60-day evaluations.  Since Mr. Hoffman was having such a hard time learning to case mail, it would have been incumbent upon management to give him more and more office time to help him master this part of his job.  Common sense would dictate that if someone is having a problem with one particular task, you give them as much possible time to practice it.  That is, if your intention is to keep them past their probation period.

I would urge you to examine very closely the computerized time records of Mr. Hoffman.  Compare his office time with his street time--see where he spent more time.  Also, check to see if management increased his office time after either of his evaluations, thereby giving him a chance to improve his casing skills.  I have not seen these time records and I have no idea what is in them.  However, I do believe that therein lie the answers.

There is one other item I believe deserves mentioning. It has to do with where Mr. Hoffman was casing mail.  To the best of my recollection, the only case he worked on (with one exception) was route 11.  (Again, the time records will indicate if I am correct.)  We have all received new case labels since Mr. Hoffman left our office, but at the time he was employed, route 11's case was one of the more difficult to read in our office.  In fact, I made mention of this to Mr. Sands at one point.  The next day he was moved to another route, but was back at route 11 the following day.

In closing, I would like to reiterate how stressful this job can be.  It is stressful for both carriers and supervisors alike.  I have even heard the workroom floor referred to as a "war zone" at times.  Due to the nature of Mr. Hoffman's disability, I don't know why he would want to endure this type of atmosphere.  But that is really NOT the point.  What needs to be adjudicated is whether or not he was given the opportunity.

William Garner

KH00452

46-175-1060-96

**Jim  CASSANO**

Carrier

Re:  Kenneth L. Hoffman
Date:  1-22-97

Dear Carriers:

I am conducting a discovery request for the EEO Investigation
on failure to meet the qualifications and term of my employment
at the Phoenixville Post Office.

Will you please provide your input converning my treatment
while on probation.

(1)  Have you ever heard any of the following words/statements
     on the work room floor?
     (A)    "Cuckoo, cuckoo"
     (B)    "I can't take the stress."

             YES OR NO
     If so, was Management present?
             YES OR NO

(2)  Have you ever seen any male carriers wearing a wig and acting
     as a female?  (Goofing around).

             Yes or No
     If so, was Management present?
             YES OR NO

(3)
     On the frist few days of casing, Mr. Hoffman discovered that
     he was in need of bifocal glasses.

     Do you recall him wearing these new glasses?

             YES OR NO                    **C-7**

KH00988

4.  Was Supervisor Joseph Bonner ever rude or obnoxious to you while on duty?

~~YES OR NO~~

5.  Would it be safe (for a new P.T.F.'s first day on probationary) to carry marriage mail in a blinding snowstorm?

YES OR (NO)

    Would his time be more well-spent if he would have been practicing caseing.

(YES) OR NO

6.  Would it be safe (for a new P.T.F.'s first day on pro-bationary) to sit in a truck and ride with another carrier observing what he was to do in a blinding snowstorm.

~~YES OR NO~~

    Would his time be better-spent if he would have been practing caseing?

~~YES OR NO~~


Your testimony is important to this investigation and your response is appreciated upon receipt of this letter.  Please respond within 15 days.

Your cooperation is appreciated.

*Kennet L Hoffman*

Kennet L. Hoffman
20 Winding Way
Malvern, PA  19355

| Your Signature | Date |
|---|---|
| *James J. Cox...* | 1.27.97 |

KH00989

~/7

46-175-1060-96

Re:  Kenneth L. Hoffman
Date:  1-22-97

_____

Carrier

Dear Carriers:

I am conducting a discovery request for the EEO Investigation
on failure to meet the qualifications and term of my employment
at the Phoenixville Post Office.

Will you please provide your input converning my treatment
while on probation.

(1)    Have you ever heard any of the following words/statements
       on the work room floor?
       (A)    "Cuckoo, cuckoo"
       (B)    "I can't take the stress."

       If so, was Management present?    (YES) OR NO

                YES OR NO    A YES    B - ?

(2)    Have you ever seen any male carriers wearing a wig and acting
       as a female?  (Goofing around).

                (Yes) or No
       If so, was Management present?
                (YES) OR NO

(3)    Are you familiar with Route 11's case?  If so, in your
       opinion is it legible enough for someone who has never cased
       mail before, to learn on?  If not, explain.

                NO I AM NOT FAMILIAR
                with thAt CASE

                                                    21.

**KH00990**

4. Was Supervisor Joseph Bonner ever rude or obnoxious to you while on duty?

(YES) OR NO

5. Would it be safe (for a new P.T.F.'s first day on probationary) to carry marriage mail in a blinding snowstorm?

YES OR NO

   Would his time be more well-spent if he would have been practicing caseing.

YES OR NO

6. Would it be safe (for a new P.T.F.'s first day on probationary) to sit in a truck and ride with another carrier observing what he was to do in a blinding snowstorm.

YES OR NO

   Would his time be better-spent if he would have been practing caseing?

YES OR NO

Your testimony is important to this investigation and your response is appreciated upon receipt of this letter. Please respond within 15 days.

Your cooperation is appreciated.

Kennet L. Hoffman
20 Winding Way
Malvern, PA  19355

| Your Signature | Date |
|---|---|
| John Miller | 1-26-97 |

KH00991

46-175-1060-96

Don Smith
_____
Carrier

Re: Kenneth L. Hoffman
Date: 1-22-97

Dear Carriers:

I am conducting a discovery request for the EEO Investigation
on failure to meet the qualifications and term of my employment
at the Phoenixville Post Office.

Will you please provide your input converning my treatment
while on probation.

KEN DID NOT GET A FAIR OPPORTUNITY TO PROVE THAT
HE COULD DO THE JOB OF A LETTER CARRIER. HE SEEMED TO
BE DOING GOOD ON HIS STREET TIMES BUT DID NOT SEEM TO BE GETTING
ENOUGH TIME TO CASE MAIL. CASING MAIL IS THE HARDEST PART FOR A NEW
EMPLOYEE ESPECIALLY IF THEY ARE NOT FAMILIAR WITH THE AREA. IT SEEMED MANAG.
HAD MADE A DECISION ABOUT NOT KEEPING KEN RIGHT FROM THE BEGINNING
THEY THOUGHT HE WAS TOO OLD. APPROXIMATELY 18 MONTHS AGO THE SAME
THING WAS DONE TO AN ELDER PERSON ON HIS PROBATION (NOWACKI, WAS HIS NAME)

(1)   Have you ever heard any of the following words/statements
      on the work room floor?
      (A)   "Cuckoo, cuckoo"
      (B)   "I can't take the stress."

      If so, was Management present?   (YES) OR NO
                                        (YES) OR NO

(2)   Have you ever seen any male carriers wearing a wig and acting
      as a female?  (Goofing around).

            (Yes) or  No
      If so, was Management present?
            (YES) OR NO

(3)   Are you familiar with Route 11's case?  If so, in your
      opinion is it legible enough for someone who has never cased
      mail before, to learn on?  If not, explain.

      ROUTE 11'S CASE LABELS AT THAT TIME SHOULD HAVE BEEN REPLACED.
      THEY WERE IN VERY POOR SHAPE. I BELIEVE THEY WERE REPLACED WITHIN THE
      LAST FEW MONTHS. ROUTE 11'S CASE LABELS AT THE TIME KEN WAS THERE
      WOULD HAVE BEEN HARD TO LEARN TO CASE A ROUTE ON.

**KH00774**

4. Was Supervisor Joseph Bonner ever rude or obnoxious to you while on duty?

YES OR (NO)
*JOE BONNER DID NOT TREAT ME THAT WAY BECAUSE OF MY POSITION AS UNION PRESIDENT. HE DID TREAT OTHER PEOPLE THAT WAY*

5. Would it be safe (for a new P.T.F.'s first day on probationary) to carry marriage mail in a blinding snowstorm?

YES OR (NO)

Would his time be more well-spent if he would have been practicing caseing.

(YES) OR NO

6. Would it be safe (for a new P.T.F.'s first day on pro-bationary) to sit in a truck and ride with another carrier observing what he was to do in a blinding snowstorm.

~~YES OR NO~~
YES OR (NO)

Would his time be better-spent if he would have been practing caseing?

(YES) OR NO


Your testimony is important to this investigation and your response is appreciated upon receipt of this letter.  Please respond within 15 days.

Your cooperation is appreciated.

*Kenneth L Hoffman*

Kennet L. Hoffman
20 Winding Way
Malvern, PA  19355

| Your Signature | Date |
|---|---|
| *Ronald H. Smith* | *1/28/97* |

```
C:\>BTCSCROL A:BTC255P1.RPT

C:\>BTCSCROL A:BTC255P1.RPT
ôå On Line 2967 of 4623 ááááááááááááááááááááááááá Columns  1 to 78 á£¢
°EBR #                                                                  °
°06-01 MV 03/28 10.00  728-00 ___ __.__   8578 9999  03/29 03.64 PC Deleted Reco°
°06-01 MV 03/28 10.00  728-00 ___ __.__ 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  __/__ __.__   EBR Deleted Rec°
°06-01 BT 03/28 10.02  728-00 ___ __.__                                 °
°06-01 MV 03/28 10.07  727-00 011 __.__                                 °
°06-01 MV 03/28 14.43  728-00 ___ __.__                                 °
°06-01 MV 03/28 14.68  733-00 733 __.__                                 °
°06-01 MV 03/28 14.96  728-00 ___ __.__                                 °
°06-01 MV 03/28 14.97  728-00 ___ __.__                                 °
°06-01 BT 03/28 15.51 ____-__ ___ __.__                                 °
°                                                                       °
° Friday                                                                °
°      Base       52:0800  53:0287                                      °
°EBR #                                                                   °
°06-01 BT 03/29 07.00  728-00 ___ __.__                                 °
°06-01 MV 03/29 10.18  727-00 011 __.__                                 °
°06-01 MV 03/29 15.37  728-00 ___ __.__                                 °
°06-01 BT 03/29 15.50 ____-__ ___ __.__ _- _____ __/__ __.__  OT Not Authoriz°
ÛááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°P1 - Help              Press <ESC> to exit                  P - Print°
ãããááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

KH01629

```
C:\>BTCSCROL A:BTC255P1.RPT

C:\>BTCSCROL A:BTC255P1.RPT
Õá On Line 2830 of 4509 áááááááááááááááááááááááááááááááá Columns  1 to 78 á€¢
°PL 006  SSN 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  Emp KL HOFFMAN           PLSA N   Sch SSMTWTF      °
°         D/A  LDC  OPR-LU  RSC  Lvl  Finance  Start  End   Tour(s)  Lunch   °
°  Prim:  434  2100  728-00   Q   05  41-6560              0000-0000  050     °
°  Temp:                                                                     °
°  Form 1261 No   Ltd Hrs 00   Step  A   Rte 000                             °
°                                                                            °
°Processed clock rings                                                       °
°                                                                            °
° Saturday                                                                   °
°      Base       52:0866  53:0066                                           °
°EBR #                                                                       °
°06-01 BT 03/30 07.00  728-00  ___ __.__                                     °
°06-01 MV 03/30 10.52  709-00  011 __.__                                     °
°06-01 MV 03/30 10.52  727-00  011 __.__  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 04/01 03.25            °
°06-01 MV 03/30 10.52  709-00  ___ __.__  4578 9999  04/01 03.24 PC Deleted Reco°
°06-01 MV 03/30 15.84  728-00  ___ __.__                                     °
°06-01 BT 03/30 16.16  ___-__ ___ __.__  ___-__-____  __/__ __.__  OT Not Authoriz°
°                                                                            °
ÕáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°P1 - Help                  Press <ESC> to exit                  P - Print°
ãááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá1
```

KH01631

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT
Õá On Line 2847 of 4509 áááááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
°                                                                            °
° Monday                                                                     °
°     Base         52:0900    53:0100                                        °
°EBR #                                                                       °
°06-01 BT 04/01 07.00    728-00  ___ __.__                                   °
°06-01 MV 04/01 11.30    727-00 011  __.__                                   °
°06-01 MV 04/01 16.18    728-00      __.__                                   °
°06-01 BT 04/01 16.30 ___ ___ ___ __.__ _-___ __-___ __/__ __.__  OT Not Authoriz°
°                                                                            °
° Tuesday                                                                    °
°     Base         52:0836    53:0036                                        °
°EBR #                                                                       °
°06-01 BT 04/02 07.00    728-00  ___ __.__                                   °
°06-01 MV 04/02 10.55    727-00 011  __.__                                   °
°06-01 MV 04/02 15.50    728-00      __.__                                   °
°06-01 BT 04/02 15.86 ___ ___ ___ __.__ _-___ __-___ __/__ __.__  OT Not Authoriz°
°                                                                            °
° Wednesday                                                                  °
Ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá°
°P1 - Help            Press <ESC> to exit              P - Print°
ÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃÃì
```

KH01632

```
C:\>ETCSCROL A:ETC255P1.RPT


C:\>ETCSCROL A:ETC255P1.RPT
õá On Line 2900 of 4509 áááááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
°                                                                              °
°Unprocessed Clock Rings                                                       °
°EBR #                                                                         °
°06-01 BT 04/06 07.00   728-00  ___  |__.__ ___-__-____ __/__ __.__ BT After YRPPWk°
°06-01 MV 04/06 10.07   727-00  011  |__.__ ___-__-____ __/__ __.__ BT After YRPPWk°
°06-01 MV 04/06 14.81   728-00  ___  |__.__ ___-__-____ __/__ __.__ BT After YRPPWk°
°06-01 MV 04/06 14.91   727-00  733  |__.__ ___-__-____ __/__ __.__ BT After YRPPWk°
°                                                                              °
°   TOTALS FOR THE WEEK:                                                       °
°  CD 52      CD 53      CD 54                                                  °
° ááááááááá  ááááááááá  ááááááááá                                              °
°   45.83      5.83      0.39                                                  °
°                                                                              °
°                                                                              °
°REPORT: ETC255P1        RESTRICTED USPS T&A INFORMATION      DATE: 04/07/96 °
°FIN. #: 41-6560             PHOENIXVILLE          PA         TIME: 19:06    °
°YRPPWK: 96-08-1            ETC EVERYTHING REPORT             PAGE: 70       °
°                                                                              °
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help               Press <ESC> to exit                    P - Print°
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

KH01635

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
Õá On Line 2978 of 4637 áááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
°
° Monday
°       Base        52:0836   53:0036
°EBR #
```

```
°06-01 BT 04/15 07.00   728-00  ___ __.__
°06-01 MV 04/15 11.26   727-00  011 __.__
°06-01 MV 04/15 15.62   728-00  ___ __.__
°06-01 ET 04/15 15.86   ___ __ __ __.__ ___ ___-__-____ __/__ __.__ OT Not Authoriz

° Tuesday
°       Base        52:0806   53:0006
°EBR #
°06-01 BT 04/16 07.00   728-00  ___ __.__
°06-01 MV 04/16 09.93   727-00  002 __.__
°06-01 MV 04/16 14.89   728-00  002 __.__
°06-01 ET 04/16 15.56   ___ __ __ __.__ ___ ___-__-____ __/__ __.__ OT Not Authoriz
°
° Wednesday
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                  Press <ESC> to exit                    P - Prin
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

**KH01642**

```
::\>ETCSCROL A:ETC255P1.RPT

::\>ETCSCROL A:ETC255P1.RPT
)á On Line 2072 of 4623 áááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
>       Base        52:0821  53:0021  54:0021                              °
>EBR #                                                                     °
>06-01 BT 03/28 09.50   728-00  ___ __.__                                  °
>06-01 MV 03/28 09.58   727-00 006  __.__                                  °
>06-01 MV 03/28 15.72   728-00 006  __.__                                  °
>06-01 MV 03/28 16.62   731-00        .                                    °
°06-01 MV 03/28 18.20   728-00        __ __.__                             °
°06-01 BT 03/28 18.21   ____-__ __ __.__ ___-__-____ __/__ __.__  OT Not Authoriz°
°                                                                          °
° Friday                                                                   °
°       Base        52:1093  53:0735  43:0093  54:0043                     °
°EBR #                                                                     °
°06-01 BT 03/29 07.00   728-00  ___ __.__                                  °
°06-01 MV 03/29 09.76   727-00 006  __.__                                  °
°06-01 MV 03/29 16.55   728-00 006  __.__                                  °
°06-01 MV 03/29 16.63   731-00        .                                    °
°06-01 MV 03/29 18.40   728-00        __ __.__                             °
°06-01 BT 03/29 18.43   ____-__ __ __.__ ___-__-____ __/__ __.__  OT Not Authoriz°
ÚááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help                  Press <ESC> to exit                  P - Print°
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÌ
```

KH01653

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT
Õá On Line 1972 of 4509  ááááááááááááááááááááááááááááááá Columns  1 to 78  á£¢
°PL 006  SSN 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  Emp BA BONSALL          FLSA N   Sch SSMTWTF         °
°      D/A   LDC  OPR-LU  RSC  Lvl  Finance  Start  End    Tour(s)   Lunch    °
° Prim:  434  2100  728-00   Q   05   41-6560              0000-0000   050     °
° Temp:                                                                       °
° Form 1261 No   Ltd Hrs 00  Step  A  Rte 000                                 °
°                                                                             °
°Processed clock rings                                                        °
°                                                                             °
° Saturday                                                                    °
°      Base    52:0861  53:0061                                               °
°EBR #                                                                        °
°06-01 BT 03/30 07.00  728-00  ___ __.__                                      °
°06-01 MV 03/30 10.14  727-00 007  __.__                                      °
°06-01 MV 03/30 15.84  728-00 007  __.__                                      °
°06-01 BT 03/30 16.11  ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authoriz°
°                                                                             °
° Monday                                                                      °
°      Base    52:0423  54:0023                                               °
ÛáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help              Press <ESC> to exit                    P - Print°
ãáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01655

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT
)á On Line 2032 of 4509 áááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
'        Base        52:0840  53:0040  54:0041                              °
°EBR #                                                                      °
'06-01 BT 04/04 09.51  728-00 008  __.__                                    °
'06-01 MV 04/04 10.37  727-00 008  __.__                                    °
'06-01 MV 04/04 15.12  728-00 008  __.__                                    °
'06-01 MV 04/04 16.61  731-00     ___ __.__                                 °
'06-01 MV 04/04 18.32  728-00     ___ __.__                                 °
'06-01 BT 04/04 18.41  ___-__ __ __.__ __-__-___ __/__ __.__  OT Not Authoriz°
°                                                                           °
° Friday                                                                    °
°        Base        52:0877  53:0260  54:0027                              °
°EBR #                                                                      °
'06-01 BT 04/05 09.00  728-00     ___ __.__                                 °
'06-01 MV 04/05 10.23  727-00 006  __.__                                    °
'06-01 MV 04/05 15.94  728-00 006  __.__                                    °
'06-01 MV 04/05 16.66  731-00     ___ __.__                                 °
'06-01 MV 04/05 18.13  728-00     ___ __.__                                 °
'06-01 BT 04/05 18.27  ___-__ __ __.__ __-__-___ __/__ __.__  OT Not Authoriz°
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá£¢
°F1 - Help                Press <ESC> to exit                     P - Print°
âáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01658

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT
Ôá On Line 2009 of 4503  ááááááááááááááááááááááááááááááááá Columns  1 to 78  á£¢
°YRPPWK: 96-08-2              ETC EVERYTHING REPORT                PAGE: 49    °
°                                                                             °
°PL 006  SSN 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  Emp BA BONSALL        FLSA N    Sch SSMTWTF         °
°        D/A   LDC   OPR-LU  RSC  Lvl  Finance  Start  End   Tour(s)  Lunch   °
° Prim:  434  2100  728-00   Q    05  41-6560             0000-0000   050     °
° Temp:                                                                       °
° Form 1261 No   Ltd Hrs 00   Step  A  Rte 000                                °
°                                                                             °
°Processed clock rings                                                        °
°                                                                             °
° Saturday                                                                    °
°      Base      52:0805  53:0005                                             °
°EBR #                                                                        °
°06-01 BT 04/06 07.08   728-00 006 __.__                                      °
°06-01 MV 04/06 10.27   727-00 006 __.__                                      °
°06-01 MV 04/06 15.31   728-00 006 __.__                                      °
°06-01 ET 04/06 15.63 ____.__ ___ __.__ __-__-____ __/__ __.__ OT Not Authoriz°
°                                                                             °
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help              Press <ESC> to exit                    P - Print°
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01660

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT
 Óá On Line 2029 of 4503 ááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
°EBR #                                                                      °
°06-01 BT 04/09 07.00   728-00  ___ __.__                                   °
°06-01 MV 04/09 11.01   727-00 006 __.__                                    °
°06-01 MV 04/09 15.98   728-00 006 __.__                                    °
°06-01 ET 04/09 16.56   ___ __ ___.__ ___-__-___ __/__ __.__  OT Not Authoriz°
°                                                                           °
° Wednesday                                                                 °
°      Base        52:0845  53:0045  54:0045                                °
°EBR #                                                                      °
°06-01 BT 04/10 09.50   728-00  ___ __.__                                   °
°06-01 MV 04/10 09.64   727-00  ___ __.__                                   °
°06-01 MV 04/10 10.80   728-00  ___ __.__                                   °
°06-01 MV 04/10 11.16   727-00 022 __.__                                    °
°06-01 MV 04/10 14.57   728-00 022 __.__                                    °
°06-01 MV 04/10 16.18   733-00  ___ __.__                                   °
°06-01 MV 04/10 16.37   731-00  ___ __.__                                   °
°06-01 MV 04/10 18.38   728-00  ___ __.__                                   °
°06-01 ET 04/10 18.45    -    __.__   _ -  ___/  __.__  OT Not Authoriz°
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help               Press <ESC> to exit             P - Print°
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

KH01661

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT
Öá On Line 2059 of 4503 ááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
° Friday                                                                    °
°    Base        52:0870  53:0070                                           °
°EBR #                                                                      °
°                                                                           °
°                      ( Continued On Next Page )                           °
°                                                                           °
°REPORT: ETC255P1        RESTRICTED USPS T&A INFORMATION     DATE: 04/14/96  °
°FIN. #: 41-6560              PHOENIXVILLE        PA         TIME: 22:42     °
°YRPPWK: 96-08-2            ETC EVERYTHING REPORT            PAGE: 50        °
°                                                                           °
°                    ( Continued From Previous Page )                       °
°                                                                           °
°06-01 BT 04/12 07.00   728-00  ___ __.__                                   °
°06-01 MV 04/12 09.30   733-00  ___ __.__                                   °
°06-01 MV 04/12 10.49   728-00  ___ __.__                                   °
°06-01 MV 04/12 10.63   727-00  008 __.__                                   °
°06-01 MV 04/12 16.14   728-00  008 __.__                                   °
°06-01 ET 04/12 16.20   ___-_  __.__  _ _ __/___.__  OT Not Authori
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                Press <ESC> to exit                    P - Prin
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01663

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
Õá On Line 2060 of 4637 áááááááááááááááááááááááááááááá Columns  1 to 78 ááç
°PL 006   SSN 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   Emp BA BONSALL        FLSA N    Sch SSMTWTF
°        D/A   LDC  OPR-LU  RSC  Lvl  Finance  Start End   Tour(s)  Lunch
°  Prim: 434  2100  728-00   Q   05  41-6560              0000-0000   050
°  Temp:
°  Form 1261 No   Ltd Hrs 00   Step  A   Rte 000
°
°Processed clock rings
°
° Saturday
°      Base         52:0606
°EBR #
```

| | | | | | |
|---|---|---|---|---|---|
| P06-01 | BT | 04/13 | 08.94 | 728-00 | ___ __.__ |
| P06-01 | MV | 04/13 | 09.72 | 733-00 | ___ __.__ |
| P06-01 | MV | 04/13 | 10.16 | 728-00 | ___ __.__ |
| P06-01 | MV | 04/13 | 10.28 | 727-00 | 008 ___ __.__ |
| P06-01 | MV | 04/13 | 15.05 | 728-00 | 008 ___ __.__ |
| P06-01 | BT | 04/13 | 15.50 | ____ -__ ___ __.__ | |

```
°
Ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                Press <ESC> to exit                  P - Print
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01665

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
Õá On Line 2075 of 4637 ááááááááááááááááááááááááááááááá Columns  1 to 78 áⓒⓒ
°06-01 MV 04/13 15.05  728-00 008  __.__                                    ⓒ
°06-01 ET 04/13 15.50  ____-__ ___ __.__                                    ⓒ
°                                                                           ⓒ
° Monday                                                                    ⓒ
°      Base      52:0894  53:0094  54:0044                                  ⓒ
°EBR #                                                                      ⓒ
°06-01 BT 04/15 09.00  728-00    ___ __.__
°06-01 MV 04/15 10.09  733-00    ___ __.__
°06-01 MV 04/15 12.36  728-00    ___ __.__
°06-01 MV 04/15 12.40  727-00 012 ___ __.__
°06-01 MV 04/15 15.22  728-00 012 ___ __.__
°06-01 MV 04/15 16.57  731-00    ___ __.__
°06-01 MV 04/15 18.41  728-00    ___ __.__
°06-01 ET 04/15 18.44  ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authoriⓒ
°
° Tuesday
°      Base      52:0836  53:0036  54:0036
°EBR #
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááⓒ
°F1 - Help                  Press <ESC> to exit                      P - Priⓒ
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááⓒⓒⓒ
```

KH01666

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
Õá On Line 2088 of 4637 áááááááááááááááááááááááááááááááá Columns  1 to 78 áÒ
°06-01 ET 04/15 18.44  ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authoriª
°
° Tuesday
°      Base        52:0836  53:0036  54:0036
°EBR #
°06-01 BT 04/16 09.50  728-00  ___ __.__
°06-01 MV 04/16 10.48  727-00  011 __.__
°06-01 MV 04/16 15.08  728-00  011 __.__
°06-01 MV 04/16 15.55  733-00  ___ __.__
°06-01 MV 04/16 16.22  728-00  ___ __.__
°06-01 MV 04/16 16.75  731-00      .
°06-01 MV 04/16 18.26  728-00  ___ __.__
°06-01 ET 04/16 18.36  ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authoriª
°
° Wednesday
°      Base        52:0815  53:0015
°EBR #
°06-01 BT 04/17 07.00  728-00  _____ .___
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááª
°F1 - Help                    Press <ESC> to exit                    P - Priª
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááádd
```

KH01667

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
5á On Line 2102 of 4637 ááááááááááááááááááááááááááááá Columns  1 to 78 á£
° Wednesday
°         Base        52:0815  53:0015
°EBR #
°06-01 BT 04/17 07.00   728-00  ____ __.__
°06-01 MV 04/17 10.26   727-00 004 __.__
°06-01 MV 04/17 15.64   728-00 004 __.__
°
°                       ( Continued On Next Page )
°
°REPORT: ETC255P1       RESTRICTED USPS T&A INFORMATION      DATE: 04/21/96
°FIN. #: 41-6560          PHOENIXVILLE          PA           TIME: 18:03
°YRPPWK: 96-09-1            ETC EVERYTHING REPORT            PAGE: 51
°
°                     ( Continued From Previous Page )
°
°06-01 ET 04/17 15.65  ____-__ ___ __.__  ___-__-____ __/__ __.__  OT Not Authoriz
°
° Thursday
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                    Press <ESC> to exit                    P - Prin
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01668

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
óá On Line 2119 of 4637 ááááááááááááááááááááááááááááááá Columns  1 to 78 áf
> Thursday
>       Base        52:0655
>EBR #
>06-01 BT 04/18 10.00   728-00 ___ __.__
>06-01 MV 04/18 10.33   733-00 ___ __.__
>06-01 MV 04/18 11.12   728-00 ___ __.__
>06-01 MV 04/18 11.21   727-00 008 __.__
>06-01 MV 04/18 16.24   728-00 008 __.__
>06-01 ET 04/18 17.05  ____-__ ___ __.__
>
> Friday
>       Base        52:0800  53:0461
>EBR #
>06-01 BT 04/19 07.00   728-00 ___ __.__
>06-01 MV 04/19 09.65   727-00 007 __.__
>06-01 MV 04/19 14.72   728-00 007 __.__
>06-01 ET 04/19 15.50  ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authori
>
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
>F1 - Help                 Press <ESC> to exit                        P - Prin
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01669

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RTP
)á On Line 2135 of 4637 áááááááááááááááááááááááááááááááááá Columns  1 to 78 áf¢
'06-01 ET 04/19 15.50 ____-__ ___ __.__ ___-__-____ __/__ __.__ OT Not Authori²e
)
'Unprocessed Clock Rings
'EBR #
'06-01 BT 04/20 07.50   728-00 ____ __.__ ___-__-____ __/__ __.__ BT After YRPPWk
'06-01 MV 04/20 10.07   727-00 009 __.__ ___-__-____ __/__ __.__ BT After YRPP'
'06-01 MV 04/20 15.23   728-00 009 __.__ ___-__-____ __/__ __.__ BT After YRPP'
'06-01 ET 04/20 16.02 ____ __ ___ __.__ ___-__-____ __/__ __.__ BT After YRPP'
°
°    TOTALS FOR THE WEEK:
°    CD 52      CD 53      CD 54
° ááááááááá  ááááááááá  ááááááááá
°   46.06       6.06       0.80
°
°
°REPORT: ETC255P1        RESTRICTED USPS T&A INFORMATION      DATE: 04/21/9(
°FIN. #: 41-6560              PHOENIXVILLE         PA         TIME: 18:03
°YRPPWK: 96-09-1            ETC EVERYTHING REPORT             PAGE: 52
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                  Press <ESC> to exit                       P - Pri
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01670

```
C:\>ETCSCROL A:ETC255P1.RTP

C:\>ETCSCROL A:ETC255P1.RTP
Õá On Line 2069 of 4496 ááááááááááááááááááááááááááááááááááá Columns  1 to 78 á£ÿ
°06-01 MV 04/22 18.31   728-00  ___ __.__
°06-01 ET 04/22 18.33   ____-__ ___ __.__
°                                                                              ó
° Tuesday                                                                      ÿ
°      Base      52:1069  53:0200  43:0069  54:0070                            ÿ
°EBR #                                                                         ÿ
°06-01 BT 04/23 07.51   728-00  ___ __.__
°06-01 MV 04/23 10.42   727-00 006 __.__
°06-01 MV 04/23 15.29   728-00 006 __.__
°06-01 ET 04/23 16.01   ____-__ ___ __.__   8578 9999  04/24 04.42 PC Deleted Reco
°06-01 ET 04/23 16.01   ____-__ ___ __.__   8578 8578  04/24 03.53 EBR Deleted Rec
°06-01 MV 04/23 16.75   731-00  ___ __.__
°06-01 MV 04/23 18.47   728-00  ___ __.__
°06-01 ET 04/23 18.70   ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authoriz
°
° Wednesday
°      Base      52:0795  54:0045
°EBR #
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                    Press <ESC> to exit                    P - Prin
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01673

```
C:\>ETCSCROL A:ETC255P1.RTP

C:\>ETCSCROL A:ETC255P1.RTP
Ôá On Line 2102 of 4496  áááááááááááááááááááááááááááááááááá Columns  1 to 78 á£½
°06-01 MV 04/24 13.75   728-00   ___ __.__
°06-01 MV 04/24 13.83   731-00   ___ __.__
°06-01 MV 04/24 15.32   728-00   ___ __.__
°06-01 MV 04/24 16.82   731-00   ___ __.__
°06-01 MV 04/24 18.36   728-00   ___ __.__
°06-01 MV 04/24 18.36   728-00   ___ __.__
°06-01 ET 04/24 18.45   ____-__ ___ __.__
°
° Thursday
°      Base       52:0872  53:0072
°EBR #
°06-01 BT 04/25 07.50   728-00   ___    .__
°06-01 MV 04/25 10.78   727-00  004 __.__
°06-01 MV 04/25 11.51   728-00  004 __.__
°06-01 MV 04/25 16.69   728-00  004 __.__
°06-01 ET 04/25 16.72   ____-__ ___ __.__  ___-__-____ __/__ __.__ OT Not Authoriz
°
° Friday
°áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                  Press <ESC> to exit                      P - Print
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01676

```
\>BTCSCROL A:BTC255P1.RPT

:\>BTCSCROL A:BTC255P1.RPT
á On Line 1151 of 4623 ááááááááááááááááááááááááááááááá Columns  1 to 78 áá¢
                                                                          °
 Tuesday                                                                  °
       Base       52:0800                                                 °
┌─────────────────────────────────────────┐                              °
│ BBR #                                     │                             °
│06-01 BT 03/26 07.00  728-00 ___ __.__     │                            °
│06-01 MV 03/26 09.33  727-00 002 __.__     │                            °
│06-01 MV 03/26 14.93  728-00 002 __.__     │                            °
│06-01 ET 03/26 15.50  ____-__ ___ __.__    │                            °
└─────────────────────────────────────────┘                              °
                                                                          °
  Wednesday                                                               °
       Base       52:0687                                                 °
┌─────────────────────────────────────────┐                              °
│ BBR #                                     │                             °
│06-01 BT 03/27 08.13  728-00 ___ __.__     │                            °
│06-01 MV 03/27 09.67  727-00 002 __.__     │                            °
│06-01 MV 03/27 14.96  728-00 002 __.__     │                            °
│06-01 ET 03/27 15.50  ____-__ ___ __.__    │                            °
└─────────────────────────────────────────┘                              °
°                                                                         °
°  Thursday                                                             ° °
Gááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá�
°F1 - Help              Press <ESC> to exit                    P - Print°
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01692

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT ááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
 á On Line 1168 of 4623 áááááááááááááááááááááááááá                           °
· Thursday                                                                  °
·    Base       52:0801  53:0001                                            °
·EBR #                                                                      °
 06-01 BT 03/28 07.00  728-00 ___ __·__                                     °
 06-01 MV 03/28 09.76  727-00 002 __·__                                     °
 06-01 MV 03/28 15.08  728-00 002 __·__                                     °
 >                                                                          °
 ·                      ( Continued On Next Page )                          °
 ·                                                                          °
 >REPORT: ETC255P1    RESTRICTED USPS T&A INFORMATION    DATE: 03/31/96 °
 °PIN. #: 41-6560           PHOENIXVILLE         PA      TIME: 22:35     °
 °YRPPWK: 96-07-2           ETC EVERYTHING REPORT        PAGE: 27        °
 °                                                                          °
 °                     ( Continued From Previous Page )                     °
 °                                                                          °
 °06-01 ET 03/28 15.51 ___·__ ___ __·__ ___·___ __/__ __·__ OT Not Authoriz°
 °                                                                          °
 · Friday                                                                   °
 ÛáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
 °F1 - Help              Press <ESC> to exit                 P - Print°
 áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01693

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT
á On Line 1184 of 4623 ááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
                                                                         °
 Friday                                                                  °
        Base      52:0900  53:0488                                       °
°EBR #                                                                   °
°06-01 BT 03/29 07.00  728-00  ___ __·__                                 °
°06-01 MV 03/29 10.06  727-00 002 __·__                                  °
°06-01 MV 03/29 16.37  728-00 002 __·__                                  °
°06-01 BT 03/29 16.50  ___·__ ___ __·__ __·___ __·____ __/__ __·__ OT Not Authoriz°
°                                                                        °
°Unprocessed Clock Rings                                                 °
°EBR #                                                                   °
°06-01 BT 03/30 07.00  728-00   ___ __·__ __·___ __·____ __/__ __·__ BT After YRPPWk°
°06-01 MV 03/30 10.46  727-00 002 __·__ __·___ __·____ __/__ __·__ BT After YRPPWk°
°                                                                        °
°   TOTALS FOR THE WEEK:                                                 °
°  CD 52       CD 53                                                     °
° áááááááá  áááááááá                                                    °
°  44.89       4.89                                                      °
Úááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá£¢
°F1 - Help           Press <ESC> to exit                     P - Print°
Àáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

KH01694

```
\>BTCSCROL A:BTC255P1.RPT

:\>BTCSCROL A:BTC255P1.RPT
ì On Line 1051 of 4509 ááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
ŕRPPWK: 96-08-1              BTC EVERYTHING REPORT               PAGE: 25      °

PL 006  SSN 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  Emp PL MARCANTONIO       FLSA N    Sch SSMTWTF        °
           D/A   LDC  OPR-LU RSC Lvl Finance Start End   Tour(s)  Lunch        °
  Prim:   434  2100  728-00   Q   05  41-6560             0000-0000   050       °
  Temp:                                                                        °
  Form 1261 No   Ltd Hrs 00   Step  A  Rte 000                                 °
                                                                              °
‚Processed clock rings                                                         °
'                                                                             °
› Saturday                                                                     °
›       Base       52:0900  53:0100                                            °
▪ODR #                                                                         °
06-01 BT 03/30 07.00  728-00 ___ __·__                                         °
06-01 MV 03/30 10.46  727-00 002 __·__                                         °
06-01 MV 03/30 16.28  728-00 002 __·__                                         °
°06-01 BT 03/30 16.50 ____ ___ ___ ___ __-___ __/__ __·__ OT Not Authoriz°
°                                                                             °
ŮáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÅ¢
°F1 - Help              Press <ESC> to exit                        P - Print°
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÎ
```

KH01695

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT                    áááááááááááááááááááááááááááááá Columns  1 to 78  á£¢
á On Line 1067 of 4509 ááááááááááááááááááááááááááááá Columns  1 to 78  á£¢
06-01 BT 03/30 16.50 ____-__ __.-__ ___-_-____ __/__ __.-__  OT Not Authoriz°
                                                                          °
  Monday                                                                  °
        Base      52:0901  53:0101                                        °
·EBR #                                                                    °
·06-01 BT 04/01 07.00  728-00  ___ __·__                                  °
·06-01 MV 04/01 10.29  727-00 002 __·__                                   °
·06-01 MV 04/01 16.25  728-00 002 __·__                                   °
·06-01 BT 04/01 16.91  ___ __ ___ __ ___-_-____ __/__ __.-__  OT Not Authoriz°
                                                                          °
 ° Tuesday                                                                °
 °      Base      52:0910  53:0110                                        °
·EBR #                                                                    °
·06-01 BT 04/02 07.00  728-00  ___ __·__                                  °
·06-01 MV 04/02 11.03_ 727-00 002 __·__                                   °
·06-01 MV 04/02 16.44  728-00 002 __·__                                   °
·06-01 BT 04/02 16.60  ___-__ __-__ ___-_-____ __/__ __.-__  OT Not Authoriz°
                                                                          °
Gáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá£Ç
°F1 - Help              Press <ESC> to exit                     P - Print°
âáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01696

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT
á On Line 1085 of 4509 ááááááááááááááááááááááááááááá Columns  1 to 78 áá¢
 Wednesday                                                              °
      Base        52:0800                                               °
EBR #                                                                   °
06-01 BT 04/03 07.00  728-00 ___ __·__                                  °
06-01 MV 04/03 09.94  727-00 002 __·__                                  °
06-01 ET 04/03 15.50  ___·__ __ __·__                                   °
                                                                        °
› Thursday                                                              °
›     Base        52:0841  53:0041  54:0041                             °
›EBR #                                                                   °
°06-01 BT 04/04 09.50  728-00 002 __·__                                 °
°06-01 MV 04/04 09.72  727-00 002 __·__                                 °
°06-01 MV 04/04 15.32  728-00 002 __·__                                 °
°06-01 MV 04/04 15.83  727-00 733 __·__                                 °
°06-01 MV 04/04 15.86  727-00 ___ __·__                                 °
°06-01 MV 04/04 16.56  728-00 ___ __·__                                 °
°                                                                       °
°                ( Continued On Next Page )                             °
0áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help                    Press <ESC> to exit           P - Print°
 áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01697

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT
Ôá On Line 1113 of 4509 áááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢°
°                                                                            °
° Friday                                                                     °
°      Base      52:0919  53:0919                                            °
°EBR #                                                                       °
°06-01 BT 04/05 07.00   728-00  ___ __·__                                    °
°06-01 MV 04/05 10.69   727-00 002 __·__                                     °
°06-01 MV 04/05 16.48   728-00 002 __·__                                     °
°06-01 BT 04/05 16.69 ___ __·__ __ __·___ __ __·__ __/_ __·__ OT Not Authoriz°
°                                                                            °
°Unprocessed Clock Rings                                                     °
°EBR #                                                                       °
°06-01 BT 04/06 07.00   728-00  ___ __·__ __ __·___ __/_ __·__ BT After YRPPWk°
°06-01 MV 04/06 09.98   727-00 002 __·__ __ __·___ __/_ __·__ BT After YRPPWk°
°                                                                            °
°   TOTALS FOR THE WEEK:                                                     °
°   CD 52     CD 53     CD 54                                                 °
° áááááááá  áááááááá  áááááááá                                                °
°   52.71     12.71      0.41                                                 °
ÛáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°F1 - Help        Press <ESC> to exit                         P - Print°
 áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááî
```

KH01699

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT áááááááááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
á On Line 1073 of 4503 ááááááááááááááááááááááááááááááááá                          °
Processed clock rings                                                             °
                                                                                  °
 Saturday                                                                         °
     Base          52:0800                                                        °
 EBR #                                                                            °
 06-01 BT 04/06 07.00   728-00  ___ __.__                                         °
 06-01 MV 04/06 09.98   727-00 002 __.__                                          °
 06-01 MV 04/06 15.50   728-00 002 __.__                                          °
 06-01 ET 04/06 15.50   ____ -__ ___ __.__                                        °
 °                                                                                °
 ° Monday                                                                         °
 °    Base          52:0842   53:0042                                             °
 °EBR #                                                                           °
 °06-01 BT 04/08 07.00   728-00  ___ __.__                                        °
 °06-01 MV 04/08 10.21   727-00 002 __.__                                         °
 °06-01 MV 04/08 15.74   728-00 002 __.__  __ -_ ___ __/__ __.__  OT Not Authoriz°
 °06-01 ET 04/08 15.92   ____ -__ ___ __.__                                       °
 °                                                                                °
 ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
 °F1 - Help                       Press <ESC> to exit              P - Print°
 ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

KH01701

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RPT  ááááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
öá On Line 1089 of 4503 áááááááááááááááááá ___ ___ __.__ ___-__-____ __/__ __.__ OT Not Authoriz°
°06-01 ET 04/08 15.92 ____-__ ___ __.__ ___-__-____ __/__ __.__               °
°                                                                             °
° Tuesday                                                                     °
°     Base          52:0678                                                   °
°EBR #                                                                        °
°06-01 BT 04/09 08.39   728-00    ___ __.__                                   °
°06-01 MV 04/09 10.35   727-00 002 __.__                                      °
°06-01 MV 04/09 15.52   728-00 002 __.__                                      °
°06-01 ET 04/09 15.67   ___ __ ___ __.__                                      °
°                                                                             °
° Wednesday                                                                   °
°     Base          52:0800                                                   °
°EBR #                                                                        °
°06-01 BT 04/10 07.00   728-00    ___ __.__                                   °
°06-01 MV 04/10 09.87   727-00 002 __.__                                      °
°06-01 MV 04/10 15.07   728-00 002 __.__                                      °
°06-01 ET 04/10 15.50   ____-__ ___ __.__                                     °
°                                                                             °
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááÇ
°                                        P - Print°
°F1 - Help                    Press <ESC> to exit                            °
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

**KH01702**

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RPT
áá On Line 1127 of 4503 ááááááááááááááááááááááááááááááááááá Columns  1 to 78 á£¢
, Friday                                                                        °
         Base         52:0927   53:0805                                         °
EBR #                                                                           °
06-01 BT 04/12 07.00   728-00 ___ __.__                                         °
06-01 MV 04/12 10.07   727-00 002 __.__                                         °
06-01 MV 04/12 16.47   728-00 002 __.__      ___ __ _ ____ _/ __ __.__ OT Not Authoriz°
06-01 ET 04/12 16.77       ___ __ __ ____ __ __.__                              °
°                                                                               °
°Unprocessed Clock Rings                                                        °
°EBR #                         ___ __ _ ____ _/ __ __.__ BT After YRPPWk°
°06-01 BT 04/13 07.00   728-00 __.__ ___ __ _ ____ _/ __ __.__ BT After YRPPWk°
°06-01 MV 04/13 10.09   727-00 002 __.__ ___ __ _ ____ _/ __ __.__             °
°                                                                               °
°    TOTALS FOR THE WEEK:                                                       °
°    CD 52        CD 53        CD 54                                            °
°  ááááááááá    ááááááááá    ááááááááá                                          °
°   49.98         9.98         0.50                                            °
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá憂
°                              Press <ESC> to exit              P - Print°
°F1 - Help                                                                      ì
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááì
```

KH01704

```
C:\>ETCSCROL A:ETC255P1.RPT

C:\>ETCSCROL A:ETC255P1.RTP
Öá On Line 1110 of 4637 ááááááááááááááááááááááááááááá Columns  1 to 78 á··á
°PL 006  SSN 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  Emp PL MARCANTONIO       FLSA N     Sch SSMTWTF
°            D/A   LDC  OPR-LU RSC  Lvl  Finance  Start  End    Tour(s)  Lunch
°  Prim:  434  2100  728-00   Q    05  41-6560               0000-0000   050
°  Temp:
°  Form 1261 No   Ltd Hrs 00  Step  A  Rte 000
°
°Processed clock rings
°
° Saturday
°       Base       52:0819  53:0019
°ERR #
°06-01 BT 04/13 07.00   728-00  ____ __.__
°06-01 MV 04/13 10.09   727-00 002 __.__
°06-01 MV 04/13 15.68   728-00 002 __.__
°06-01 ET 04/13 15.69  ____ __ ___ __.__  ___-__-____ __/__ __.__  OT Not Authori
°
° Monday
°       Base       52:0810  53:0010
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                    Press <ESC> to exit                    P - Pri
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01705

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RTP
áá On Line 1125 of 4637 ááááááááááááááááááááááááááááááááááááá Columns  1 to 78 á°‡

' Monday
'       Base        52:0810   53:0010
°EBR #
°06-01 BT 04/15 07.00   728-00  ___ __.__
°06-01 MV 04/15 10.17   727-00 002 __.__
°06-01 MV 04/15 15.47   728-00 002 __.__           _-__-____ __/__ __.__  OT Not Authori:
°06-01 ET 04/15 15.60   ____ __ ___ __ __
°
° Wednesday
°       Base        52:0801  53:0001
°EBR #
°06-01 BT 04/17 07.00   728-00  ___ __.__
°06-01 MV 04/17 09.67   727-00 002 __.__
°06-01 MV 04/17 14.73   728-00 002 __.__           _-__-____ __/__ __.__  OT Not Authori:
°06-01 ET 04/17 15.51   ____ __ ___ __ __
°
° Thursday
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
°F1 - Help                     Press <ESC> to exit                         P - Pri:
ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá.
```

KH01706

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RTP
áá On Line 1140 of 4637 ááááááááááááááááááááááááááááááá Columns  1 to 78 áó
06-01 ET 04/17 15.51 ____-__ ___ __.__ ___-__-____ __/__ __.__ OT Not Authori

' Thursday
     Base        52:0910  53:0110
°EBR #
°06-01 BT 04/18 07.00   728-00 ___ __.__
°06-01 MV 04/18 09.83   727-00 002 __.__
°06-01 MV 04/18 16.47   728-00 002 __.__
°06-01 ET 04/18 16.60 ____ __ ___ __.__ ___-__-____ __/__ __.__ OT Not Authori
°
° Friday
°     Base        52:0800
°EBR #
°06-01 BT 04/19 07.00   728-00 ___ __.__
°06-01 MV 04/19 09.80   727-00 002 __.__
°06-01 MV 04/19 15.12   728-00 002 __.__
°06-01 ET 04/19 15.50 ____-__ ___ __.__
°ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááá         P - Prin
°F1 - Help                    Press <ESC> to exit
âáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01707

```
:\>ETCSCROL A:ETC255P1.RPT

:\>ETCSCROL A:ETC255P1.RTP
á On Line 1161 of 4637 ááááááááááááááááááááááááááááá Columns  1 to 78 áᶜ↑
```

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| REPORT: ETC255P1 | | RESTRICTED USPS T&A INFORMATION | | | DATE: 04/21/96 | | | | | |
| FIN. #: 41-6560 | | PHOENIXVILLE            PA | | | TIME: 18:03 | | | | | |
| YRPPWK: 96-09-1 | | ETC EVERYTHING REPORT | | | PAGE: 28 | | | | | |

```
              ( Continued From Previous Page )
```

| BBR # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-01 BT 04/20 07.50  728-00 ___ .__ _-_-___ _/__ _._ | | | | | | | | | | BT After YRPPW |
| 06-01 MV 04/20 09.81  727-00 002 .__ _-_-___ _/__ _._ | | | | | | | | | | BT After YRPPW |
| 06-01 MV 04/20 15.55  728-00 002 .__ _-_-___ _/__ _._ | | | | | | | | | | BT After YRPPW |
| 06-01 ET 04/20 16.00 ____-_ __ __.__ _-_._ | | | | | | | | | | BT After YRPPW |

```
   TOTALS FOR THE WEEK:
   CD 52     CD 53
  ááááááááá  ááááááááá
   41.40      1.40
```

```
ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá             P - Prin
 F1 - Help            Press <ESC> to exit          áááááááááááááááááááááááááá
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

**KH01708**

```
:\>ETCSCROL A:ETC255P1.RTP

:\>ETCSCROL A:ETC255P1.RTP
á On Line 1137 of 4496 áááááááááááááááááááááááááááááááááááááá Columns  1 to 78
 Sunday
       Base          52:0150   72:0150
EBR #
06-01 BT 04/21 11.00   728-00  ___ __.__
00-00 DG 04/21 11.00   ____-__ ___ 00.50 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 04/21 20.89
06-01 MV 04/21 11.37   733-00  ___ __.__
06-01 MV 04/21 12.42   728-00  ___ __.__
06-01 ET 04/21 12.50   ____-__ ___ __.__

 Monday
       Base          52:0836   53:0036
EBR #
06-01 BT 04/22 07.00   728-00  ___ __.__
06-01 MV 04/22 09.93   727-00 002 __.__
06-01 MV 04/22 15.69   728-00 002 __.__
06-01 ET 04/22 15.86   ____-__ ___ __.__  ___ __ ____  __/__ __.__  OT Not Author

 Tuesday
ûááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
F1 - Help                      Press <ESC> to exit                       P - Pri
áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01710

```
:\>ETCSCROL A:ETC255P1.RTP


:\>ETCSCROL A:ETC255P1.RTP  ááááááááááááááááááááááááááááááááááá Columns  1 to 78 á0
)á On Line 1200 of 4496  ááááááááááááááááááááááááááááááááááá Columns  1 to 78 á0
)06-01 ET 04/26 18.67 ____-__ ___ __.__ ___-__-____ __/__ __.__  OT Not Authori
)
)Unprocessed Clock Rings
)EBR #
)06-01 BT 04/27 07.39  728-00 ___ __ __-__ -___-___ __/__ __.__  BT After YRPP
)06-01 MV 04/27 10.54  727-00 002 __.__ ___-__-___ __/__ __.__  BT After YRPP
)06-01 MV 04/27 14.46  728-00 002 __.__ ___-__-___ __/__ __.__  BT After YRPP
)06-01 ET 04/27 14.58 ____-__ ___ __-__ -___-___ __/__ __.__  BT After YRPP
)
)  TOTALS FOR THE WEEK:
)   CD 52      CD 53       CD 54       CD 72
)  ááááááááá  ááááááááá  ááááááááá  ááááááááá
)   47.50      7.50       2.13       1.50
)
)
)REPORT: ETC255P1         RESTRICTED USPS T&A INFORMATION      DATE: 04/28/9(
)FIN. #: 41-6560              PHOENIXVILLE       PA            TIME: 18:18
)YRPPWK: 96-09-2            ETC EVERYTHING REPORT              PAGE: 29
)ûáááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá0
)F1 - Help                 Press <ESC> to exit                    P - Pr(
)ááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá
```

KH01714

# Analysis of Clock Rings

blue    =    Dates employee was in compliance with standards

| Doc. # | Employee | Date | Begin | Street | End | Route |
|--------|----------|------|-------|--------|-----|-------|
| 1629 | Hoffman | 3/29 | 7.00 | 10.18 | 15.37 | 11 |
| 1631 | Hoffman | 3/30 | 7.00 | 10.52 | 15.84 | 11 |
| 1632 | Hoffman | 4/1 | 7.00 | 11.30 | 16.18 | 11 |
| 1632 | Hoffman | 4/2 | 7.00 | 10.55 | 15.50 | 11 |
| 1635 | Hoffman | 4/6 | 7.00 | 10.07 | 14.81 | 11 |
| 1642 | Hoffman | 4/15 | 7.00 | 11.26 | 15.62 | 11 |
| 1642 | Hoffman | 4/16 | 7.00 | 9.93 | 14.89 | 2 |
|      |          | **7 days** |  |  |  | **57% success** |

red    =    Dates employee was NOT in compliance with standards

| Doc. # | Employee | Date | Begin | Street | End | Route |
|--------|----------|------|-------|--------|-----|-------|
| 1653 | Bonsall | 3/29 | 7.00 | 9.76 | 16.55 | 6 |
| 1655 | Bonsall | 3/30 | 7.00 | 10.14 | 15.84 | 7 |
| 1658 | Bonsall | 4/5 | 9.00 | 10.23 | 15.94 | 6 |
| 1660 | Bonsall | 4/6 | 7.08 | 10.27 | 15.31 | 6 |
| 1661 | Bonsall | 4/9 | 7.00 | 11.01 | 15.98 | 6 |
| 1663 | Bonsall | 4/12 | 7.00 | 10.63 | 16.14 | 8 |
| 1665 | Bonsall | 4/13 | 8.94 | 10.28 | 15.05 | 8 |
| 1666 | Bonsall | 4/15 | 9.00 | 12.40 | 15.22 | 12 |
| 1667 | Bonsall | 4/16 | 9.50 | 10.48 | 15.08 | 11 |
| 1668 | Bonsall | 4/17 | 7.00 | 10.26 | 15.64 | 4 |
| 1669 | Bonsall | 4/19 | 7.00 | 9.65 | 14.72 | 7 |
| 1670 | Bonsall | 4/20 | 7.50 | 10.07 | 15.23 | 9 |
| 1671 | Bonsall | 4/20 | 7.50 | 10.07 | 15.23 | 9 |
| 1673 | Bonsall | 4/23 | 7.51 | 10.42 | 15.29 | 6 |
| 1676 | Bonsall | 4/25 | 7.50 | 10.78 | 16.69 | 4 |
|      |          | **15 days** |  |  |  | **47% success** |

red    =    Dates employee was NOT in compliance with standards

| Doc. # | Employee | Date | Begin | Street | End | Route |
|--------|----------|------|-------|--------|-----|-------|
| 1692 | Marcantonio | 3/26 | 7.00 | 9.33 | 14.93 | 2 |
| 1692 | Marcantonio | 3/27 | 8.13 | 9.67 | 14.96 | 2 |
| 1693 | Marcantonio | 3/28 | 7.00 | 9.76 | 15.08 | 2 |
| 1694 | Marcantonio | 3/29 | 7.00 | 10.06 | 16.37 | 2 |
| 1695 | Marcantonio | 3/30 | 7.00 | 10.46 | 16.28 | 2 |
| 1696 | Marcantonio | 4/1 | 7.00 | 10.29 | 16.25 | 2 |
| 1696 | Marcantonio | 4/2 | 7.00 | 11.03 | 16.44 | 2 |
| 1697 | Marcantonio | 4/3 | 7.00 | 9.94 | 15.50 | 2 |
| 1699 | Marcantonio | 4/5 | 7.00 | 10.69 | 16.48 | 2 |
| 1701 | Marcantonio | 4/6 | 7.00 | 9.98 | 15.50 | 2 |
| 1701 | Marcantonio | 4/8 | 7.00 | 10.21 | 15.74 | 2 |
| 1702 | Marcantonio | 4/9 | 8.39 | 10.35 | 15.52 | 2 |

| 1702 | Marcantonio | 4/10 | 7.00 | 9.87 | 15.07 | 2 |
| 1704 | Marcantonio | 4/12 | 7.00 | 10.07 | 16.47 | 2 |
| 1705 | Marcantonio | 4/13 | 7.00 | 10.09 | 15.68 | 2 |
| 1706 | Marcantonio | 4/15 | 7.00 | 10.17 | 15.47 | 2 |
| 1706 | Marcantonio | 4/17 | 7.00 | 9.67 | 14.73 | 2 |
| 1707 | Marcantonio | 4/18 | 7.00 | 9.83 | 16.47 | 2 |
| 1707 | Marcantonio | 4/19 | 7.00 | 9.80 | 15.12 | 2 |
| 1708 | Marcantonio | 4/20 | 7.50 | 9.81 | 15.55 | 2 |
| 1710 | Marcantonio | 4/22 | 7.00 | 9.93 | 15.69 | 2 |
| 1711 | Marcantonio | 4/22 | 7.00 | 9.93 | 15.69 | 2 |
| 1714 | Marcantonio | 4/27 | 7.39 | 10.54 | 14.46 | 2 |
| | | **23 days** | | | | **43% success** |

**U. S. POSTAL SERVICE**
**1000 W. VALLEY RD.**
**SOUTHEASTERN, PA  19399-9401**

| | |
|---|---|
| Kenneth L. Hoffman<br>　　　Complainant<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICE<br>　　　Agency | ) )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EEO COMPLAINT NO. 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X**

**AGENCY CASE NO. 4C-175-1060-96**

**JANUARY 14, 1998**

### _CERTIFICATE OF SERVICE_

I hereby certify that a copy of the attached Additional Agency Submissions, was sent by certified mail this date to the following:

ADMINISTRATIVE JUDGE
Arthur M. Colby
Administrative Judge
U. S. Equal Employment Opportunity Commission
Philadelphia District Court
The Bourse, Suite 400
21 S. Fifth St.
Philadelphia, PA  19106-2515

COMPLAINANT'S REPRESENTATIVE
Jacqueline M. Vigilante, Esquire
Kessler & Gindin
20th Floor
230 South Broad St.
Philadelphia, PA  19102

_(signature)_                                         DATE _1/14/98_
_____
Miriam Kalsky
H. R. Associate
U. S. Postal Service
Labor Relations
1000 W. Valley Rd.
Southeastern, PA  19399-9401



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | KENNETH HOFFMAN | | | | |
| DATE | ASSIGN-MENT | BEGIN TOUR | LEAVE STREET | RETURN OFFICE | END TOUR | TOTAL OFFICE | TOTAL STREET | TOTAL HOURS |
| 13-Feb | TRNG | 700 | 1200 | 1250 | 1,550.00 | 800 | 0 | 800 |
| 14-Feb | TRNG | 700 | 1300 | 1350 | 1,550.00 | 800 | 0 | 800 |
| 15-Feb | TRNG | 700 | 1200 | 1250 | 1,550.00 | 800 | 0 | 800 |
| 16-Feb | TRNG | 800 | 1200 | 1250 | 1,850.00 | 1000 | 0 | 1000 |
| 17-Feb | TR-09/PHX | 800 | 1100 | 1150 | 1,550.00 | 700 | 0 | 700 |
| 20-Feb | TR-09/PHX | 994 | 1100 | 1150 | 1,675.00 | 631 | 0 | 631 |
| | TR-COLL | 1675 | 1675 | 1800 | 1,840.00 | 40 | 125 | 165 |
| 21-Feb | TR-M/C | 845 | 900 | 925 | 925.00 | 55 | 25 | 80 |
| | TR-11 | 925 | 982 | 1697 | 1,706.00 | 66 | 665 | 731 |
| | COLL | 1706 | 1706 | 1851 | 1,860.00 | 9 | 145 | 154 |
| 22-Feb | 11/*222 | 850 | 922 | 1635 | 1,864.00 | 301 | 663 | 964 |
| 23-Feb | COLL | 1650 | 1650 | 1874 | 1,875.00 | 1 | 224 | 225 |
| 24-Feb | TR-09/PHX | 700 | 1100 | 1150 | 1,551.00 | 801 | 0 | 801 |
| 26-Feb | 11/*246 | 700 | 946 | 1603 | 1,619.00 | 262 | 607 | 869 |
| 27-Feb | COLL | 1650 | 1716 | 1865 | 1,865.00 | 66 | 149 | 215 |
| 28-Feb | COLL | 1650 | 1672 | 1841 | 1,850.00 | 31 | 169 | 200 |
| Feb-29 | CR-11/*312 | 1000 | 1012 | 1654 | 1,654.00 | 12 | 592 | 604 |
| | COLL | 1654 | 1679 | 1850 | 1,850.00 | 25 | 171 | 196 |
| 1-Mar | CR-11/*319 | 1000 | 1019 | 1644 | 1,644.00 | 19 | 575 | 594 |
| | COLL | 1644 | 1644 | 1842 | 1,852.00 | 10 | 198 | 208 |
| 2-Mar | 11/*360 | 1000 | 1080 | 1602 | 1,648.00 | 106 | 492 | 598 |
| 4-Mar | 11/*317 | 1000 | 1017 | 1599 | 1,881.00 | 99 | 532 | 631 |
| | COLL | 1681 | 1681 | 1836 | 1,836.00 | 0 | 155 | 155 |
| 5-Mar | 11/*344 | 1000 | 1044 | 1670 | 1,685.00 | 39 | 576 | 615 |
| | COLL | 1670 | 1670 | 1832 | 1,832.00 | 0 | 162 | 162 |
| 6-Mar | 11/*307 | 1000 | 1007 | 1471 | 1,685.00 | 201 | 414 | 615 |
| | COLL | 1685 | 1685 | 1830 | 1,831.00 | 1 | 165 | 166 |
| 7-Mar | 11/*312 | 1000 | 1012 | 1565 | 1,668.00 | 113 | 503 | 616 |
| | COLL | 1666 | 1666 | 1838 | 1,840.00 | 2 | 172 | 174 |
| 8-Mar | 11/*311 | 1000 | 1011 | 1624 | 1,675.00 | 62 | 563 | 625 |
| | COLL | 1675 | 1675 | 1830 | 1,830.00 | 0 | 155 | 155 |
| 9-Mar | 11/*324 | 1000 | 1024 | 1457 | 1,457.00 | 24 | 433 | 457 |
| 11-Mar | 11/*334 | 1000 | 1034 | 1529 | 1,666.00 | 171 | 445 | 616 |
| | COLL | 1666 | 1836 | 1836 | 1,836.00 | 170 | 0 | 170 |
| 12-Mar | COLL | 1650 | 1675 | 1830 | 1,830.00 | 25 | 155 | 180 |
| 13-Mar | CS-11 | 1250 | 1250 | 1250 | 1,600.00 | 350 | 0 | 350 |
| 14-Mar | 11/*334 | 1000 | 1034 | 1550 | 1,675.00 | 159 | 466 | 625 |
| | COLL | 1675 | 1675 | 1825 | 1,830.00 | 5 | 150 | 155 |
| 15-Mar | 11/*320 | 815 | 1020 | 1685 | 1,685.00 | 205 | 615 | 820 |
| | COLL | 1685 | 1685 | 1832 | 1,832.00 | 0 | 147 | 147 |
| 16-Mar | 11/*309 | 1000 | 1009 | 1446 | 1,550.00 | 113 | 387 | 500 |
| 18-Mar | 11/*309 | 1000 | 1009 | 1624 | 1,676.00 | 61 | 565 | 626 |
| | COLL | 1676 | 1676 | 1832 | 1,832.00 | 0 | 156 | 156 |
| 19-Mar | 11/*316 | 1000 | 1016 | 1678 | 1,678.00 | 16 | 612 | 628 |
| | COLL | 1678 | 1678 | 1836 | 1,836.00 | 0 | 158 | 158 |
| 20-Mar | CS-11 | 1400 | 1828 | 1678 | 1,678.00 | 228 | 0 | 228 |
| | COLL | 1678 | 1678 | 1833 | 1,833.00 | 0 | 155 | 155 |
| 22-Mar | 11/*321 | 1000 | 1021 | 1661 | 1,661.00 | 21 | 590 | 611 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COLL | 1661 | 1661 | 1842 | 1,842.00 | 0 | 181 | 181 |
| 23-Mar | 11/**339 | 950 | 1039 | 1540 | 1,550.00 | 99 | 451 | 550 |
| 25-Mar | CS/**TRNG | 700 | 986 | 986 | 986.00 | 286 | 0 | 286 |
| | COLL | 1504 | 1684 | 1841 | 1,841.00 | 180 | 157 | 337 |
| 26-Mar | 11/**307 | 1000 | 1007 | 1556 | 1,677.00 | 128 | 499 | 627 |
| | COLL | 1677 | 1677 | 1844 | 1,844.00 | 0 | 167 | 167 |
| 27-Mar | 11/**300 | 994 | 1000 | 1464 | 1835 | 377 | 414 | 791 |
| 28-Mar | 11/**307 | 1000 | 1007 | 1443 | 1551 | 115 | 386 | 501 |
| 29-Mar | 11/**318 | 700 | 1018 | 1537 | 1550 | 331 | 489 | 800 |
| 30-Mar | 11/**352 | 700 | 1052 | 1584 | 1816 | 384 | 482 | 866 |
| 1-Apr | 11/**200 | 700 | 1130 | 1618 | 1650 | 462 | 438 | 900 |
| 2-Apr | 11/**200 | 700 | 1055 | 1550 | 1586 | 391 | 445 | 836 |
| 3-Apr | 11/**355 | 1000 | 1055 | 1678 | 1678 | 55 | 573 | 628 |
| | COLL | 1678 | 1678 | 1837 | 1839 | 2 | 159 | 161 |
| 4-Apr | 11/**321 | 1000 | 1021 | 1517 | 1600 | 104 | 446 | 550 |
| 5-Apr | 11/**320 | 1000 | 1020 | 1570 | 1592 | 42 | 500 | 542 |
| 6-Apr | 11/**307 | 700 | 1007 | 1481 | 1608 | 434 | 424 | 858 |
| 8-Apr | 11/**310 | 1000 | 1010 | 1484 | 1671 | 197 | 424 | 621 |
| | COLL | 1671 | 1671 | 1817 | 1817 | 0 | 146 | 146 |
| 9-Apr | 11/**309 | 955 | 1009 | 1474 | 1671 | 251 | 415 | 666 |
| | COLL | 1671 | 1671 | 1834 | 1835 | 1 | 163 | 164 |
| 10-Apr | 11/**311 | 1000 | 1011 | 1416 | 1430 | 25 | 355 | 380 |
| 11-Apr | 11/**313 | 1000 | 1013 | 1497 | 1667 | 183 | 434 | 617 |
| | COLL | 1667 | 1667 | 1847 | 1848 | 1 | 180 | 181 |
| 12-Apr | 11/**308 | 1000 | 1008 | 1511 | 1672 | 169 | 453 | 622 |
| | COLL | 1672 | 1672 | 1842 | 1842 | 0 | 170 | 170 |
| 13-Apr | 11/**304 | 1000 | 1004 | 1416 | 1600 | 188 | 362 | 550 |
| 15-Apr | 11/**100 | 700 | 1300 | 1550 | 1550 | 300 | 500 | 800 |
| 16-Apr | TR-02 | 700 | 1000 | 1500 | 1550 | 350 | 450 | 800 |
| 17-Apr | 11/**330 | 1000 | 1008 | 1470 | 1600 | 138 | 412 | 550 |
| 18-Apr | 11/**308 | 1000 | 1008 | 1499 | 1675 | 184 | 441 | 625 |
| | COLL | 1675 | 1675 | 1842 | 1842 | 0 | 167 | 167 |
| 19-Apr | CR-11 | 1000 | 1187 | 1470 | 1470 | 187 | 233 | 420 |
| | COLL | 1470 | 1470 | 1647 | 1647 | 0 | 177 | 177 |
| 21-Apr | 11/**300 | 1000 | 1131 | 1131 | 1131 | 131 | 0 | 131 |
| | COLL | 1131 | 1131 | 1557 | 1600 | 43 | 376 | 419 |
| 22-Apr | CS | 1100 | 1300 | 1300 | 1300 | 200 | 0 | 200 |
| | | | | | TOTAL | 14538 | 25280 | 39818 |

2

| DATE | ASSIGNMENT | BEGIN TOUR | LEAVE STREET | RETURN OFFICE | END TOUR | TOTAL OFFICE | TOTAL STREET | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 800 | 0 | 800 |
| 20-Feb | TR | 800 | 1450 | 1450 | 1450 | 800 | 0 | 800 |
| 21-Feb | TR | 800 | 912 | 1618 | 1,618 | 112 | 658 | 768 |
| 22-Feb | TR | 800 | 1200 | 1250 | 1,600 | 750 | 0 | 750 |
| 23-Feb | TR | 1100 | 1100 | 1500 | 1,500 | 0 | 350 | 350 |
| 26-Feb | TR | 700 | 900 | 900 | 900 | 200 | 0 | 200 |
| 27-Feb | NS | | | | | 0 | | |
| | | | | | | 800 | 0 | 800 |
| 28-Feb | TR | 700 | 1200 | 1250 | 1,550 | 800 | 0 | 800 |
| 2-29-97 | TR | 700 | 1200 | 1250 | 1,550 | 800 | 0 | 800 |
| 1-Mar | 7-TR | 700 | 1200 | 1250 | 1,550 | 800 | 0 | 800 |
| 2-Mar | TR-09 | 700 | 950 | 1500 | 1,550 | 300 | 500 | 800 |
| 4-Mar | TR-09 | 700 | 950 | 1500 | 1,550 | 300 | 500 | 800 |
| 5-Mar | RT-2/**350 | 1000 | 1050 | 1550 | 1,600 | 100 | 450 | 550 |
| 6-Mar | RT-2/**308 | 950 | 1008 | 1515 | 1,575 | 118 | 457 | 575 |
| 7-Mar | RT-2/**305 | 950 | 1005 | 1510 | 1,575 | 120 | 455 | 575 |
| 8-Mar | RT-2/**369 | 950 | 1069 | 1675 | 1,675 | 119 | 556 | 675 |
| | COLL | 1675 | 1675 | 1844 | 1,844 | 0 | 169 | 169 |
| 9-Mar | RT-2/**309 | 950 | 1009 | 1600 | 1,625 | 84 | 541 | 625 |
| Mar-97 | RT-2/**315 | 1000 | 1015 | 1575 | 1,600 | 40 | 510 | 550 |
| 12-Mar | NS | | | | | 0 | | |
| 13-Mar | RT-2/**CR | 1130 | 1130 | 1700 | 1,725 | 25 | 520 | 545 |
| 14-Mar | RT-2/**355 | 950 | 1055 | 1600 | 1,625 | 130 | 495 | 625 |
| 15-Mar | RT-2/**274 | 950 | 974 | 1487 | 1,504 | 41 | 463 | 504 |
| 16-Mar | RT-2/**266 | 950 | 966 | 1487 | 1,550 | 79 | 471 | 550 |
| 18-Mar | RT-2/**309 | 1000 | 1009 | 1676 | 1,676 | 9 | 617 | 626 |
| | COLL | 1676 | 1676 | 1832 | 1,832 | 0 | 156 | 156 |
| 19-Mar | RT-2/**263 | 950 | 963 | 1482 | 1,550 | 81 | 469 | 550 |
| 20-Mar | RT-2/**271 | 950 | 971 | 1495 | 1,550 | 76 | 474 | 550 |
| 21-Mar | RT-2/**309 | 1000 | 1009 | 1508 | 1,800 | 101 | 449 | 550 |
| 22-Mar | RT-2/**362 | 950 | 1082 | 1726 | 1,749 | 135 | 614 | 749 |
| 23-Mar | RT-2/**303 | 950 | 1003 | 1511 | 1,550 | 92 | 458 | 550 |
| 25-Mar | RT-2/**311 | 1000 | 1011 | 1250 | 1,250 | 11 | 189 | 200 |
| | TRNG | 1250 | 1250 | 1559 | 1,559 | 0 | 259 | 259 |
| | RT-6 | 1559 | 1559 | 1692 | 1,701 | 9 | 133 | 142 |
| | | | | | | 290 | 510 | 800 |
| 26-Mar | RT-2 | 700 | 933 | 1493 | 1,550 | 290 | 510 | 800 |
| 27-Mar | RT-2 | 813 | 967 | 1496 | 1,550 | 208 | 479 | 687 |
| 28-Mar | RT-2 | 700 | 976 | 1508 | 1,551 | 319 | 482 | 801 |
| 29-Mar | RT-2 | 700 | 1006 | 1637 | 1,650 | 319 | 581 | 900 |
| 30-Mar | RT-2 | 700 | 1046 | 1628 | 1,650 | 368 | 532 | 900 |
| 1-Apr | RT-2 | 700 | 1029 | 1625 | 1,651 | 355 | 546 | 901 |
| 2-Apr | RT-2 | 700 | 1103 | 1644 | 1,660 | 419 | 491 | 910 |
| 3-Apr | RT-2 | 700 | 994 | 1550 | 1,550 | 294 | 506 | 800 |
| 4-Apr | RT-2/**272 | 950 | 972 | 1532 | 1,583 | 73 | 510 | 583 |
| | COLL | 1583 | 1656 | 1832 | 1,841 | 82 | 176 | 258 |
| 5-Apr | RT-2 | 700 | 1069 | 1648 | 1,669 | 390 | 529 | 919 |
| 6-Apr | RT-2 | 700 | 998 | 1550 | 1,550 | 298 | 502 | 800 |
| 8-Apr | RT-2 | 700 | 1021 | 1574 | 1,592 | 339 | 503 | 842 |
| 9-Apr | RT-2 | 839 | 1035 | 1552 | 1,567 | 211 | 467 | 678 |
| 10-Apr | RT-2 | 700 | 987 | 1507 | 1,550 | 330 | 470 | 800 |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11-Apr | RT-2 | 769 | 982 | 1545 | 1,551 | 219 | 513 | 732 |
| 12-Apr | RT-2 | 700 | 1007 | 1647 | 1,677 | 337 | 590 | 927 |
| 13-Apr | RT-2 | 700 | 1009 | 1588 | 1,569 | 310 | 509 | 819 |
| 15-Apr | RT-2 | 700 | 1017 | 1547 | 1,560 | 330 | 480 | 810 |
| 16-Apr | NS | | | | | 0 | | |
| 17-Apr | RT-2 | 700 | 967 | 1473 | 1,551 | 345 | 456 | 801 |
| 18-Apr | RT-2 | 700 | 983 | 1647 | 1,660 | 298 | 614 | 910 |
| 19-Apr | RT-2 | 700 | 980 | 1512 | 1550 | 318 | 482 | 800 |
| 20-Apr | RT-2 | 750 | 981 | 1555 | 1600 | 276 | 524 | 800 |
| 21-Apr | TR-CS | 1100 | 1250 | 1250 | 1250 | 150 | 0 | 150 |
| 22-Apr | RT-2 | 750 | 981 | 1555 | 1600 | 276 | 524 | 800 |
| 23-Apr | RT-2/**349 | 1000 | 1049 | 1567 | 1675 | 157 | 468 | 625 |
| 24-Apr | RT-2 | 750 | 969 | 1548 | 1601 | 274 | 527 | 801 |
| 25-Apr | AUX.12 | 1400 | 1403 | 1507 | 1632 | 128 | 54 | 182 |
| 26-Apr | RT-2/**298 | 950 | 998 | 1626 | 1678 | 100 | 578 | 578 |
| | COLL | 1678 | 1678 | 1864 | 1867 | | | 0 |
| 27-Apr | RT-2 | 739 | 1054 | 1446 | 1458 | 327 | 342 | 669 |
| | | | | | TOTAL | 13570 | 24856 | 38426 |



| | | | BRAIN BONSALL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | ASSIGN-MENT | BEGIN TOUR | LEAVE STREET | RETURN OFFICE | END TOUR | TOTAL OFFICE | TOTAL STREET | TOTAL HOURS |
| 18-Mar | TR-COLL | 1675 | 1675 | 1842 | 1874 | 32 | 167 | 199 |
| 19-Mar | TR-09 | 700 | 999 | 1561 | 1,601 | 339 | 512 | 851 |
| 20-Mar | TR-07 | 900 | 935 | 1450 | 1,589 | 174 | 465 | 639 |
| 21-Mar | TR-07 | 700 | 915 | 1497 | 1,552 | 270 | 532 | 802 |
| 22-Mar | TR-09 | 1000 | 1091 | 1487 | 1,551 | 155 | 346 | 501 |
| 23-Mar | 08/***328 | 950 | 1028 | 1645 | 1,664 | 97 | 587 | 664 |
| 25-Mar | FIRM TR | 1000 | 1044 | 1287 | 1,287 | 44 | 193 | 237 |
| | 6 | 1287 | 1287 | 1400 | 1,400 | 0 | 113 | 113 |
| | COLL-TR | 1400 | 1400 | 1736 | 1,739 | 3 | 286 | 289 |
| 26-Mar | 08/***305 | 1000 | 1005 | 1553 | 1,664 | 116 | 498 | 614 |
| | COLL-TR | 1664 | 1677 | 1844 | 1,844 | 13 | 167 | 180 |
| 27-Mar | 08/***306 | 1000 | 1006 | 1516 | 1,558 | 48 | 510 | 558 |
| | COLL | 1655 | 1659 | 1835 | 1,835 | 4 | 176 | 180 |
| 28-Mar | 08/***258 | 950 | 958 | 1572 | 1,662 | 98 | 564 | 662 |
| | COLL | 1662 | 1662 | 1820 | 1,821 | 1 | 158 | 159 |
| 29-Mar | 6 | 700 | 976 | 1655 | 1,663 | 284 | 629 | 913 |
| | COLL | 1663 | 1663 | 1840 | 1,843 | 3 | 177 | 180 |
| Mar-96 | 7 | 700 | 1014 | 1584 | 1,611 | 341 | 520 | 861 |
| 1-Apr | COLL | 1400 | 1401 | 1493 | 1,665 | 173 | 92 | 265 |
| | COLL | 1665 | 1665 | 1823 | 1,823 | 0 | 158 | 158 |
| 2-Apr | COLL | 1200 | 1303 | 1370 | 1,663 | 396 | 17 | 413 |
| | COLL | 1663 | 1663 | 1810 | 1,810 | 0 | 147 | 147 |
| 3-Apr | CS-04 | 701 | 978 | 978 | 988 | 287 | 0 | 287 |
| | REL | 988 | 996 | 1096 | 1,096 | 8 | 100 | 108 |
| | 11/***300 | 1096 | 1096 | 1686 | 1,686 | 0 | 520 | 520 |
| 4-Apr | 8/***251 | 951 | 1037 | 1512 | 1,681 | 235 | 425 | 660 |
| | COLL | 1661 | 1661 | 1832 | 1,841 | 9 | 171 | 180 |
| 5-Apr | 08/***323 | 900 | 1023 | 1594 | 1,686 | 195 | 521 | 716 |
| | COLL | 1666 | 1666 | 1813 | 1,827 | 14 | 147 | 161 |
| 6-Apr | 6 | 708 | 1027 | 1531 | 1,563 | 351 | 454 | 805 |
| 8-Apr | NS | | | | | 0 | 0 | 0 |
| 9-Apr | 6 | 700 | 1101 | 1598 | 1,656 | 459 | 447 | 908 |
| 10-Apr | RELAYS | 950 | 964 | 1080 | 1,080 | 14 | 116 | 130 |
| | 22/SECTION | 1080 | 1116 | 1457 | 1,818 | 197 | 291 | 488 |
| | COLL | 1618 | 1637 | 1838 | 1,845 | 26 | 201 | 227 |
| 11-Apr | 9 | 550 | 968 | 1509 | 1,558 | 467 | 491 | 958 |
| 12-Apr | 8/RELAYS | 700 | 930 | 1049 | 1,063 | 244 | 119 | 363 |
| | 8 | 1063 | 1063 | 1614 | 1,620 | 6 | 501 | 507 |
| 13-Apr | 8/RELAYS | 894 | 972 | 1016 | 1,028 | 90 | 44 | 134 |
| | 8 | 1028 | 1028 | 1505 | 1,550 | 45 | 427 | 472 |
| 15-Apr | 12/RELAYS | 900 | 1009 | 1236 | 1,240 | 113 | 227 | 340 |
| | 12 | 1240 | 1240 | 1522 | 1,657 | 135 | 232 | 367 |
| | COLL | 1657 | 1657 | 1841 | 1,841 | 0 | 184 | 184 |
| 16-Apr | 11/*** | 950 | 1048 | 1508 | 1,555 | 145 | 410 | 555 |
| | COLL | 1555 | 1675 | 1826 | 1,836 | 130 | 151 | 281 |
| 17-Apr | 4 | 700 | 1026 | 1564 | 1,565 | 327 | 488 | 815 |
| 18-Apr | REL/08 | 1000 | 1033 | 1112 | 1,121 | 42 | 79 | 121 |
| | 8 | 1121 | 1121 | 1624 | 1,705 | 81 | 453 | 534 |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19-Apr | 7 | 700 | 965 | 1472 | 1,550 | 343 | 457 | 800 |
| 20-Apr | 8 | 750 | 1007 | 1523 | 1,602 | 336 | 466 | 802 |
| 22-Apr | RELAYS | 1000 | 1065 | 1118 | 1,118 | 65 | 53 | 118 |
| | 8 | 1118 | 1118 | 1580 | 1,637 | 57 | 462 | 519 |
| | COLL | 1637 | 1637 | 1831 | 1,831 | 0 | 144 | 144 |
| 23-Apr | 6 | 751 | 1042 | 1529 | 1,601 | 363 | 437 | 800 |
| | COLL | 1675 | 1675 | 1847 | 1,870 | 23 | 172 | 195 |
| | | | | | TOTAL | 7366 | 16384 | 23750 |

6