IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH L. HOFFMAN

        C.A. 02-3678
        District Court Docket Number

vs.

JOHN E. POTTER

Notice of Appeal Filed  4/22/04
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __X_ Paid __Not Paid    __Seaman
    Docket Fee      __X_ Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by :_____
                Mrs. Norman
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm